Joshua Briones (SBN 205293)
jbriones@mintz.com
Arameh Zargham O'Boyle (SBN 239495)
azoboyle@mintz.com
Natalie Prescott (SBN 246988)
nprescott@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

Attorneys for Defendant,
SN SERVICING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESIREE SCHMITT AND JAMES FURTH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SN SERVICING CORPORATION, an Alaska Corporation,<br><br>            Defendant | Case No.  3:21-cv-3355<br><br>**DEFENDANT SN SERVICING CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed:   March 12, 2021<br>Trial Date:           None Yet |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Desiree Schmitt;
- James Furth;
- SN Servicing Corporation;
- Security National Master Holding Company, LLC.

Dated:  May 5, 2021

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: Joshua Briones
Arameh Zargham O'Boyle
Natalie Prescott
Matthew Novian

Attorneys for Defendant,
SN SERVICING CORPORATION