1  MITCHELL CHYETTE [113087]
   Law Office of Mitchell Chyette
2  125 12th Street
   Suite 100-BALI
3  Oakland, CA 94607
   Telephone: (510) 388-3748
4  Email: mitch@chyettelaw.com
   [*Additional counsel on following page*]
5  Attorneys for Desiree Schmitt and James Furth

8  U.S. DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DESIREE SCHMITT AND JAMES FURTH,<br><br>            Plaintiffs,<br>       vs<br><br>SN SERVICING CORP.,<br><br>            Defendant. | Case No. 3:21-CV-O3355-WHO<br><br>**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS** |

Stipulation and [Proposed] Order Extending the Briefing Schedule and
Hearing Date for Defendant's Motion to Dismiss
*Schmitt and Furth v. SN Servicing Corp.*, Case No. 3:21-CV-O3355-WHO

1  Marc E Dann
   Dann Law
2  2728 Euclid Avenue
   Suite 300
3  Cleveland, OH 44115
   216-373-0539
4  Email: mdann@dannlaw.com
   *Pro Hac Vice*

5

6  Thomas A. Zimmerman, Jr.
   Zimmerman Law Offices, P.C.
7  77 West Washington Street
   Suite 1220
8  Chicago, IL 60602
   312-440-0020
9  Fax: 312-440-4180
   Email: tom@attorneyzim.com
10 *Pro Hac Vice*

---

1

Stipulation and [Proposed] Order Extending the Briefing Schedule and
Hearing Date for Defendant's Motion to Dismiss
*Schmitt and Furth v. SN Servicing Corp.,* Case No. 3:21-CV-O3355-WHO

## STIPULATION

Defendant SN Servicing Corp. filed a Federal Rule of Civil Procedure, Rule 12(b)(6) motion to dismiss on May 12, 2021 (ECF 14). The parties request the Court extend the time necessary to file briefs—allowing 14 additional days for each side. Thus:

- The opposition brief will be due on June 9, 2021,
- The reply brief will be due on June 23, 2021, and
- The hearing will be on July 7, 2021.

Addressing the issues specified in Local Rule 6-2(a):

- Since the motion is dispositive, the parties make this request to allow each other the time needed fully to analyze the issues and present their best analysis of the issues to the Court.
- There have been no previous time modifications in this case—involving this or any other motion.
- The requested briefing schedule should not affect the overall schedule of the case. The complaint was only recently filed and served. No trial date has been set. The initial case management conference is not until August 17, 2021 (the case management statement is due August 10, 2021.)

(*See* Declaration of Mitchell Chyette below.)

2

Stipulation and [Proposed] Order Extending the Briefing Schedule and
Hearing Date for Defendant's Motion to Dismiss
*Schmitt and Furth v. SN Servicing Corp.,* Case No. 3:21-CV-O3355-WHO

| | |
|---|---|
| Dated: May 21, 2021 | Law Office of Mitchell Chyette |
| | By: s/ *Mitchell Chyette* |
| | Mitchell Chyette |
| | Attorney for Plaintiffs Desiree Schmitt and James Furth |
| Date: May 21, 2021 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| | By:s/ *Arameh Zargha O'Boyle* |
| | Arameh Zargha O'Boyle |
| | Attorney for Defendant SN Servicing, Corp. |

## DECLARATION OF MITCHELL CHYETTE

MITCHELL CHYETTE declares:

1. I am a member of the bar for the Northern District of California. I represent the plaintiffs in this action.

2. Defendant SN Servicing, Corp. filed a motion to dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) on May 12, 2021.

3. Counsel for the parties conferred and agreed to submit a request to the Court to extend the time for filing opposition and reply briefs specified in Local Rule 7-3. Each party requests an additional 14 days.

4. The request is made because a motion to dismiss is a dispositive motion and therefore additional time is appropriate to be sure that each party presents the best arguments in favor of its positions.

5. There has not been any previous request for an extension of time in connection with this or any other briefing schedule.

3

Stipulation and [Proposed] Order Extending the Briefing Schedule and
Hearing Date for Defendant's Motion to Dismiss
*Schmitt and Furth v. SN Servicing Corp.,* Case No. 3:21-CV-O3355-WHO

6. Extending the time to file opposition and reply briefs will require that the Court also change the hearing date. But this should not have any effect on the overall schedule for the case. At this point, there is no trial date. The next scheduled event is the initial case management conference, which is scheduled for August 17, 2021 (ECF 18). The briefing on the motion to dismiss will be completed well before then.

7. I contacted the Court's calendar clerk, who advised that July 7, 2021, was the earliest available date for a hearing on the motion.

Executed this 20th day of May 2021 in Oakland, California. I declare under penalty of perjury that the foregoing is true.

s/ *Mitchell Chyette*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:   May 24, 2021

Hon. William H. Orrick
United States District Court
Northern District of California

4
Stipulation and [Proposed] Order Extending the Briefing Schedule and
Hearing Date for Defendant's Motion to Dismiss
*Schmitt and Furth v. SN Servicing Corp.,* Case No. 3:21-CV-O3355-WHO