Joshua Briones (SBN 205293)
jbriones@mintz.com
Arameh Zargham O'Boyle (SBN 239495)
azoboyle@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
Natalie Prescott (SBN 246988)
nprescott@mintz.com
Matthew Novian (SBN 324144)
mjnovian@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant,
SN SERVICING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DESIREE SCHMITT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SN SERVICING CORPORATION, an Alaska Corporation,<br><br>Defendant | Case No. 3:21-cv-03355-WHO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Case Assigned to Hon. William H. Orrick<br><br>Complaint Filed: March 12, 2021<br>Trial Date: None Yet |

Plaintiff Desiree Schmitt ("Plaintiff") and Defendant SN Servicing Corporation ("Defendant") (collectively, the "Parties") hereby inform the Court that the Parties participated in a mediation with the Honorable Judge Herbert Hoffman (ret.) on February 17, 2022. During the mediation, the Parties reached agreement on all material terms of a class action settlement. Accordingly, the Parties respectfully request that the Court adjourn all filing deadlines and scheduled hearings in this matter.

In accordance with the Agreement reached between the Parties and Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff intends to file a motion for preliminary approval of the proposed class action settlement agreement and to certify a settlement class within 60 days.

Dated:  February 25, 2022        Respectfully Submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

_____
Joshua Briones
Arameh Zargham O'Boyle
E. Crystal Lopez
*Attorneys for Defendant,*
*SN SERVICING CORPORATION*

Dated:  February 25, 2022        LAW OFFICE OF MITCHELL CHYETTE

*/s/  Mitchell Chyette*_____
Mitchell Chyette
*Attorney for Plaintiff,*
*DESIREE SCHMITT*

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to Mitchell Chyette, attorney for Plaintiff, and that I obtained Mr. Chyette's authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

_____
E. Crystal Lopez