Marc E Dann (*pro hac vice*)
Brian D. Flick (*pro hac vice*)
DANN LAW
15000 Madison Avenue
Lakewood, OH 44107
216-373-0539 telephone
216-373-0536 facsimile
Email: mdann@dannlaw.com

[*Additional counsel on signature page*]

*Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DESIREE SCHMITT, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SN SERVICING CORPORATION, an Alaska Corporation,<br><br>　　　　Defendant. | Case No. 3:21-cv-03355-WHO<br><br>District Judge William H. Orrick<br><br>**DECLARATION OF MARC E. DANN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD**<br><br>Complaint filed: March 12, 2021<br>Trial Date: None Set |

I, Marc E. Dann, hereby declare the following in support of Plaintiff's Motion for Attorneys' Fees and Costs, and Service Award:

1.　　I am an attorney duly licensed to practice in the State of Ohio. I am admitted *pro hac vice* in this matter. This declaration is based on personal knowledge of the matters set forth herein.

2.　　I am the Managing Partner of The DannLaw Firm ("DLF").

3.      I am one of the proposed Class Counsel for the proposed Settlement Class in the instant matter.

**Background and Experience of Marc E. Dann**

4.      I am an attorney with extensive experience representing plaintiffs in class action litigation. I have particular expertise in handling class actions, such as the present case, arising out of a data breach involving consumers' personally identifiable information. To demonstrate my qualifications and the basis for DLF's requested attorneys' fees, I will summarize my background and qualifications. I also refer the Court to the DLF Firm Resume, which is attached hereto as **Exhibit A**.

5.      I received my Bachelor of Arts in History from the University of Michigan. I earned my law degree from the Case Western Reserve School of Law. I am a member in good standing with the Supreme Court of the State of Ohio. I am also admitted to practice in the United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Seventh Circuit, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, United States District Court for the Northern District of Illinois, United States District Court for the Northern District of Indiana, United States District Court for the Western District of Tennessee, United States District Court for the District of Colorado, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, the District of Columbia, and the Ohio Supreme Court. I have additionally appeared *pro hac vice* in Cook County, Illinois, Washoe County Nevada, United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Georgia, United States District Court in

Nevada, United States District Court for the Western District of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Washington, and the United States District Court for the Central District of California. Beyond this case, I have also been admitted *pro hac vice* and have appeared before trial courts in a number of different federal and state jurisdictions.

6.      I am currently acting as appointed lead counsel in two pending matters—*Madyda v. Ohio Department of Public Safety*, Ohio Court of Claims Case No. 2019-00426JD, and *Miles Black, et al. v. City of Girard, Ohio, et al.*, Trumbull County Court of Common Pleas Case No. 2018 CV 1256.

7.      I am currently serving as Liaison Counsel in *Migliaccio, et al. v. Parker-Hannifin Corporation*, NDOH Case No. 1:22-cv-00835, as well as Liaison Counsel for the Guardians of NAS Children in *In re: National Prescription Opiate Litigation*, NDOH 17-md-02804.

8.      I have previously been appointed and served as lead (or co-lead) counsel in other matters, including *Lieber, et al. v. Wells Fargo Bank, N.A.*, NDOH Case No. 1:16-cv-02868, *Miller, et al. v. Intelelos, Inc.*, NDOH Case No. 1:17-cv-00763, *George Koustis, et al. v. Select Portfolio Servicing*, NDOH Case No. 1:20-cv-02425, and *Ethan Ryder, et al. v. Wells Fargo Bank, N.A.*, SDOH Case No. 1:2019-cv-0063.

9.      In addition to the cases above, DLF is serving as putative class counsel in a number of pending matters across the country including *Trivison, et al. v. Federal National Mortgage Association*, United States District Court for the Northern District of Ohio Case No. 20-cv-00711, *Lajuan Fleetwood v. NewRez LLC*, Hamilton County Court of Common Pleas Case

No. A2201533, *Kathryn Forest, et al. v. PHH Mortgage Corporation, et al*, United States District Court for the District of Rhode Island, Case No. 1:20-cv-00323, *Elaine M. Johnson, et al. v. loanDepot.com LLC*, United States District Court for the Northern District of Ohio Case No. 5:22-cv-00641, *Schmitt v. Security National Servicing Corporation*, United States District Court for the Northern District of Ohio Case No. 1:21-cv-01188, *Jackson, et al. v. Velocity Investments, LLC*, United States District Court for the Eastern District of Pennsylvania Case No. 5: 20-cv-02524, and *Crews, et al. v. Titlemax of Delaware, et al.*, United States District Court for the Middle District of Pennsylvania Case No. 1:22-cv-168.

10.     As demonstrated in numerous earlier class cases, my firm and I have litigated numerous class actions and we know of the legal and practical challenges associated with the prosecution of class claims, including such claims involving data breaches.

## **DLF's Work in this Case**

11.     The total number of hours spent by DLF on this litigation through August 17, 2022, is 91.0 with a total lodestar of $52,130.00.   Class Counsel will continue to expend additional time in connection with overseeing the administration of the settlement and distribution of benefits, answering any questions related to the settlement, obtaining final approval of the settlement, and obtaining court approval for distribution to a *cy pres* recipient of any uncashed amounts remaining in the Settlement Fund.

12.     An itemized listing of DLF's time entries is attached hereto as **Exhibit B**, and is summarized below:

### **DLF's Lodestar Summary**

| **DLF Personnel** | **Position** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Marc E. Dann | Managing Partner<br><br>(35 Years of Practice)<br><br>(admitted to Ohio Bar in May 1987) | $725 | 56.4 | $40,890.00 |
| Brian D. Flick | Attorney<br><br>(over 15 Years of Practice)<br><br>(admitted to Ohio in April 2007 and Kentucky in May 2012) | $500 | 13.6 | $6,800.00 |
| Daniel M. Solar | Attorney<br><br>(Over 12 years of practice) | $400 | 0.8 | $320.00 |
| Michael A. Smith, Jr. | Attorney<br><br>(admitted to Ohio in November 2017 and New Jersey in June 2018) | $400 | 0.4 | $160.00 |
| Edward Juhn | Paralegal | $200 | 2.5 | $500.00 |
| Kimberly White | Paralegal | $200 | 17.3 | $3,460.00 |
| **TOTAL** | | | **91.00** | **$52,130.00** |

Declaration of Marc E. Dann in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and Service Award
*Schmitt v. SN Servicing Corp.*, Case No. 3:21-CV-O3355-WHO

13.     In my experience, this time was reasonably and justifiably incurred.

**DLF's Attorneys' and Paralegal Hourly Rates are Reasonable**

14.     DLF's hourly rates, as set forth in the Lodestar Summary above, are reasonable, appropriate and consistent with the rates charged for legal services in similar complex class action litigation such as this one. These hourly rates have been accepted by state and federal courts for purposes of lodestar determinations and for purposes of lodestar cross-checks in other recent class action cases. My current hourly rate of $725, which is lower than market rates, was accepted by courts for purposes of lodestar determinations or lodestar cross-checks in 2022 in *Culbertson v. Deloitte Consulting LLP*, S.D. NY Case No. 20 cv 3962 (Dkt. 166), and *Ryder v. Wells Fargo Bank, N.A.*, S.D. Ohio Case No. 19 cv 00638 (Doc. 57); and in 2021 in *Koustis v. Select Portfolio Servicing, Inc.*, N.D. Ohio Case No. 20 cv 2425 (Dkt. 31), and *Black v. City of Girard, Ohio, et al.*, Trumbull Cnty., Ohio Ct. Common Pleas Case No. 2018 cv 1256.

15.     With more than 15 years of experience, Brian Flick's hourly rate of $500, which is lower than market rates, was accepted by courts for purposes of lodestar determinations or lodestar cross-checks in *Culbertson v. Deloitte Consulting LLP*, S.D. NY Case No. 20 cv 3962 (Dkt. 166), and *Ryder v. Wells Fargo Bank, N.A.*, S.D. Ohio Case No. 19 cv 00638 (Doc. 57); and in 2021 in *Koustis v. Select Portfolio Servicing, Inc.*, N.D. Ohio Case No. 20 cv 2425 (Dkt. 31), and *Black v. City of Girard, Ohio, et al.*, Trumbull Cnty., Ohio Ct. Common Pleas Case No. 2018 cv 1256.

16.     With more than 12 years of experience, Daniel M. Solar's hourly rate of $400, which is lower than market rates, was accepted by courts for purposes of lodestar determinations or lodestar cross-checks in 2022 in *Ryder v. Wells Fargo Bank, N.A.*, S.D. Ohio Case No. 19 cv

Declaration of Marc E. Dann in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and Service Award
*Schmitt v. SN Servicing Corp.*, Case No. 3:21-CV-O3355-WHO

1  00638 (Doc. 57); and in <u>2021</u> in *Koustis v. Select Portfolio Servicing, Inc.*, N.D. Ohio Case No.

2  20 cv 2425 (Dkt. 31).

3      17.     Michael M. Smith's hourly rate of $400, which is lower than market rates, was

4  accepted by courts for purposes of lodestar determinations or lodestar cross-checks in <u>2022</u> in

   *Ryder v. Wells Fargo Bank, N.A.*, S.D. Ohio Case No. 19 cv 00638 (Doc. 57); and in <u>2021</u> in

5  *Koustis v. Select Portfolio Servicing, Inc.*, N.D. Ohio Case No. 20 cv 2425 (Dkt. 31).

6      18.     DLF's current paralegal hourly rate is $200.00, which is lower than market rates,

7  was accepted by courts for purposes of lodestar determinations or lodestar cross-checks in <u>2022</u>

8  in *Culbertson v. Deloitte Consulting LLP*, S.D. NY Case No. 20 cv 3962 (Dkt. 166), and *Ryder

9  v. Wells Fargo Bank, N.A.*, S.D. Ohio Case No. 19 cv 00638 (Doc. 57); and in <u>2021</u> in *Koustis v.

10  Select Portfolio Servicing, Inc.*, N.D. Ohio Case No. 20 cv 2425 (Dkt. 31), and *Black v. City of

    Girard, Ohio, et al.*, Trumbull Cnty., Ohio Ct. Common Pleas Case No. 2018 cv 1256.

11     19.     The hourly rates are also supported by the Laffey Matrix. The Laffey Matrix is a

12  table prepared by the United States Attorney's Office for the District of Columbia listing

13  appropriate hourly rates for attorneys of varying experience levels to be used in awarding

14  reasonable attorneys' fees.

15     20.     The Adjusted Laffey Matrix calculates the appropriate rates for each year by

16  using the legal services component of the Consumer Price Index ("CPI") (rather than the entire

    CPI) and applies it to the Laffey Matrix. *See* http://www.laffeymatrix.com/see.html, attached

17  hereto as **Exhibit C**; *see also* http://www.laffeymatrix.com/history.html. The Adjusted Laffey

18  Matrix has been utilized by numerous Courts in determining reasonable attorneys' fees. *Smith v.

19  Dist. of Columbia*, 466 F. Supp. 2d 151, 156 (D.D.C. 2006); *Salazar v. Dist. of Columbia*, 750 F.

20  Supp. 2d 70, 73 (D.D.C. 2011); *Ricks v. Barnes*, 2007 WL 956940, at *3 (D.D.C. Mar. 28,

21

22

2007).  Indeed, the Adjusted Laffey Matrix has been held to be "more accurate" than the Laffey

Matrix. *Smith*, 466 F. Supp. 2d at 156.

21.     Although the Laffey Matrix is not dispositive, many courts use the Laffey Matrix

as "satisfactory evidence of the prevailing rate" in determining the reasonableness of attorneys'

fees. *See Hadnott v. City of Chicago*, No. 07 cv 6754, 2010 WL 1499473, at *6 (N.D. Ill. April

12, 2010) (collecting cases); *Berg v. Culhane*, 09 cv 5803, 2011 WL 589631, at *3 (N.D. Ill. Feb.

10, 2011).

22.     DLF billed my time (denoted as MED in the attached billing records) at $725 per

hour.  As the Adjusted Laffey Matrix shows, this rate is well below the established market rate

for lawyers with my years of experience (20+ years), which was between $914 - $919 per hour

from 6/1/2020-5/31/2022. *See* **Exhibit C**.

23.     Similarly, the hourly rates of the other attorneys at DLF are also below the

established market rates in the Adjusted Laffey Matrix. Specifically, DLF billed Brian Flick's

time (denoted as BDF in the attached billing records) at $500 per hour. As set forth above, this

rate is well below the established market rate for lawyers with his years of experience, which

was between $759 - $764 per hour from 6/1/2020-5/31/2022. DLF billed Daniel Solar's time

(denoted as DMS in the attached billing records) at $400 per hour. This rate is well below the

established market rate for lawyers with his years of experience, which was between $759 - $764

per hour from 6/1/2020-5/31/2022. DLF billed Michael A. Smith, Jr.'s time (denoted as MAS in

the attached billing records) at $400 per hour. As set forth above, this rate is at the market rate

for attorneys with his years of experience, which was between $465 - $468 per hour from

6/1/2020-5/31/2022. Additionally, DLF billed paralegal time at $200 per hour, which is below

the established market rate of between $206 - $208 per hour from 6/1/2020-5/31/2022 set forth in the Adjusted Laffey Matrix. *See* **Exhibit C**.

### Clio Manage

24.    My firm uses Clio Manage ("Clio") which is a standard timekeeping and billing program that is used worldwide. *See* https://www.clio.com/manage (last visited August 3, 2022). Clio allows an attorney or timekeeper to enter his/her billable time and expenses directly into the Clio program; thus, the Clio time report consists of the "original" time and expense entries. The attorneys and paralegals at DLF input their time and expense entries directly into Clio each day. DLF's attorneys and paralegals enter into Clio a description of the work they performed, the date the work was performed, the time they spent performing the work, any expenses incurred, and the cases to which the time and expenses relate. The practice and procedure of DLF requires attorneys and paralegals to enter their time and expenses into the Clio program on the same date that the work is performed and the expense is paid.

### DLF's Costs

25.    To date, DLF has incurred a total of **$2,988.31** in costs relative to this case. Those costs are detailed in **Exhibit B** and summarized below:

### DLF Costs Summary

| Category | Total |
|---|---|
| Court and Pro Hac Vice Fees | $634.00 |
| Postage and Charges related to PACER | $29.31 |
| Mediator's Fees | $2,325.00 |
| **TOTAL** | **$2,988.31** |

9

**Risk Involved**

26.      Class Counsel undertook this case on a contingent-fee basis, assuming significant risk that the case would yield no recovery and would leave my firm uncompensated. From the outset of this matter, Class Counsel has not been compensated for any time spent representing Plaintiff or Class members in the litigation.

27.      This case presented substantial risk and uncertainties that could have prevented any recovery whatsoever. Despite the most vigorous and competent of efforts, success in this contingent-fee litigation was never assured.

28.      Plaintiff withstood two rounds of motions to dismiss the Complaint, successfully defending valuable statutory and common law claims that would apply to all putative Class members nationwide. Defendant requested an extension of time to answer the Second Amended Complaint so the parties could attend a mediation. Class Counsel and Defendant's counsel had numerous discussions regarding the claims in the lawsuit and the parameters of a class action settlement that would resolve the claims. The parties engaged in an arms' length mediation before the Honorable Herbert Hoffman of Judicate West via videoconference on February 17, 2022, through which the basic terms of the settlement were negotiated and finalized. Once the key parameters of a class action settlement were agreed upon, the parties worked over a period of several weeks to finalize the terms of the Settlement, exchanging multiple drafts of the Settlement Agreement and its related documents, and partaking in additional phone calls and emails. On June 14, 2022, the parties executed the Class Action Settlement Agreement.

29.      As a result of our efforts in the face of substantial risks, Class Counsel achieved a significant recovery for the benefit of the Settlement Class.

**The Requested Service Award is Reasonable**

30.     Plaintiff has been instrumental in her role as Representative Plaintiff. Plaintiff assisted Class Counsel in their investigation and initiation of this case as a class action, and provided documentation and detailed information that assisted Class Counsel in drafting the Complaint. Plaintiff initiated the lawsuit, and reviewed the drafts of the Complaint, First Amended Complaint, and Second Amended Complaint before they were filed. Plaintiff actively participated in the prosecution of this action, assisted Class Counsel with the investigation into the factual background of her claims, and reviewed case documents. Plaintiff attended and participated in the mediation, and assisted in determining the specific changes to be made to Defendant's data security practices. Plaintiff and Class Counsel discussed the terms of the Settlement as it was being negotiated, and Plaintiff reviewed and approved the Settlement Agreement. Plaintiff has been committed to this litigation, and was prepared to be a part of any trial that may have followed. In addition, Plaintiff took on the risk associated with filing a lawsuit against a well-funded company that was and continues to be her home loan servicer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 17th day of August 2022, at Lakewood, Ohio.

Marc E. Dann

# EXHIBIT A

**DannLaw**

Since 2008, DannLaw has represented individuals and businesses in a wide array of legal matters. The attorneys of DannLaw are established and respected trial lawyers who represent clients in simple litigation, complex litigation, appellate litigation, and class action lawsuits. DannLaw has recovered millions of dollars on behalf of thousands of individuals and businesses across the country including the states of Ohio, Illinois, Oregon, Florida, Kentucky, New Jersey and Tennessee.

**Marc E. Dann**

Marc Dann is the Managing Partner of DannLaw. He is also a Partner of Advocate Attorneys LLP in Washington DC. These practices focus on representing clients who have been harmed by banks, debt buyers, debt collectors and other financial predators and providing access legal services for traditionally underserved working class and middle class Americans. Dann has fought for the rights of tens of thousands of consumers and brought class actions lawsuits on behalf of clients in both private practice and as Ohio's Attorney General.

As Ohio Attorney General, Marc Dann initiated securities fraud claims against the creators of mortgage- backed securities on behalf of Ohio's public pension funds. He assembled Ohio's Organized Crime Commission to mobilize Mortgage Fraud Task Forces in Ohio's major cities to prosecute those engaged in mortgage fraud and predatory lending, Dann's office challenged the standing of mortgage servicers to foreclose in cases where the State of Ohio was a party. Dann also worked with former Ohio Supreme Court Chief Justice Thomas Moyer to organize over 1,200 volunteer lawyers to represent homeowners in foreclosure.

After leaving the Attorney General's Office, Marc Dann began representing Ohio homeowners facing foreclosure pro bono. During this time, he recognized that the issues faced by individual homeowners represented patterns of practice throughout the mortgage servicing industry. In response, he mobilized a team and created DannLaw in order to fight for the rights of Ohioans.

Since DannLaw was founded, it has grown to represent clients facing a range of consumers' rights issues including in class action. While mortgage servicing litigation practice the foundation of DannLaw, Marc Dann has developed a comprehensive collection of tools designed to help clients stay in their homes including prosecuting more than 25 Class Action cases. . He is a recognized national leader in the use of federal mortgage servicing regulations to hold servicers accountable for their actions.

Utilizing these tools has led Marc Dann to host seminars explaining these techniques to other attorneys. These working groups help to elevate the defense of clients across the nation while allowing attorneys to recognize patterns of practice that affect all citizens.

This collaborative spirit also applies to the communities of which DannLaw is a part. Marc Dann serves on the Lakewood Ohio Tree Advisory Committee. Marc Dann and DannLaw also support the Cleveland International Film Festival each year.

Dann prioritizes professional organizations as well as being a member of the American Bar Association, the Federal Bar Association, the Cleveland Metropolitan Bar Association, the National Association of Consumer Advocates and the National Association of Consumer Bankruptcy Attorneys. He is a member of the Society of Attorneys General Emeritus and the Democratic Attorneys General Association.

Marc Dann is a regular contributor to *Attorney at Law Magazine* and the *Cleveland Metropolitan Bar Association* Magazine. His work has also been featured in *NACBA's Consumer Bankruptcy Journal* and *Legal Ink Magazine* and *Working Class Perspectives compiled by Georgetown University.*

Dann is currently acting as appointed lead counsel in two pending matters - *Madyda v. Ohio Department of Public Safety*, Ohio Court of Claims Case No. 2019-00426JD and *Miles Black, et al. v. City of Girard, Ohio, et al.*, Trumbull County Court of Common Pleas Case No. 2018 CV 1256. Dann is currently serving as Liaison Counsel in *Migliaccio, et al. v. Parker-Hannifin Corporation*, NDOH Case No. 1:22-cv-00835 as well as Liaison Counsel for the Guardians of NAS Children in *In re: National Prescription Opiate Litigation*, NDOH 17-md-02804. Dann has previously been appointed and served as lead (or co-lead) counsel in other matters including *Lieber, et al. v. Wells Fargo Bank, N.A.*, NDOH Case No. 1:16-cv-02868, *Miller, et al. v. Intelelos, Inc.*, NDOH Case No. 1:17-cv-00763, *George Koustis, et al. v. Select Portfolio Servicing*, NDOH Case No. 1:20-cv-02425 and *Ethan Ryder, et al v. Wells Fargo Bank, N.A.*, SDOH Case No. 1:2019-cv-00638. Dann is acting as putative co-counsel in other matters listed in the pending cases summary below.

Dann is admitted to practice in Ohio, the District of Columbia, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit the United States Court of Appeals for the Ninth Circuit, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, United States District Court for the Northern District of Illinois, The Northern District of Indiana, The Western District of Tennessee, the United States District Court for the Western District of New York and the United States District Court for the Northern District of New York. He has pro hac vice admission in Cook County, Illinois, Washoe County Nevada, United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Georgia, United States District Court in Nevada, United States District Court for the Western District of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the District of New Jersey, United States District Court for the Eastern District

of Pennsylvania, United States District Court for the Western District of Washington, the United States District Court for the Western District of North Carolina, and the United States District Court for the Central District of California

A native of Cleveland, Ohio, Marc Dann is a 1984 graduate of the University of Michigan, where he earned a bachelor's degree in history. He graduated from the Case Western Reserve University School of Law in 1987.

**Andrew Wolf (Of Counsel)**

Since opening his law practice in September 1997, Andrew Wolf, who joined DannLaw in October 2021, has become one of the most prominent, prolific, and respected consumer protection attorneys and Class Action in the United States.

Along with resolving hundreds of cases on behalf of individuals, Mr. Wolf has been certified as Class Counsel in 138 action case involving New Jersey's Consumer Fraud and Truth-in-Consumer Contract Warranty and Notice Acts, the federal Fair Debt Collection Practices Act, and other statutes. In addition to aggressively and successfully representing his clients, Andrew has generously shared his knowledge, expertise, and experience with the legal community. He taught consumer protection law to New Jersey's legal services attorneys in 2002, 2003, and from 2007 to 2013, was a featured panelist at the 2003 New Jersey State Bar Convention, the 2004 Consumer Law Day, and the 2005 New Jersey Judicial College. He has provided continuing legal instruction in the areas of consumer and class action law, served as a panelist on programs conducted by Rutgers Law School's Eric R. Neisser Public Interest Program, and was an adjunct professor at his alma mater, Rutgers University School of Law at Newark from 2013-2016 and 2018-2019.

Mr. Wolf has earned numerous honors and awards for his work on behalf of consumers. He has been designated as a SuperLawyer annually since 2014, received the Debevoise-Eakeley Award from New Jersey Legal Services in 2010 in recognition of his unparalleled support for the organization, and was the recipient of the 2018 Robert J. Cirafesi Chancery Practice Award from the Middlesex County Bar Association.

Mr. Wolf earned a bachelor's degree at Queens College (CUNY) in 1980, a Masters in Business Administration from St. John's University in 1987, and his Juris Doctorate at Rutgers University School of Law in 1995. He was admitted to practice in the state of New Jersey in 1995, the Federal District Court of New Jersey in 1996, the Third Circuit Court of Appeals in 1999, and the United States Supreme Court in 2010.

He is a member of the National Association of Consumer Advocates (NACA), a Board Member of the Consumers League of New Jersey, the New Jersey State Bar Association, the Middlesex County Bar Association, and was appointed by the New Jersey Supreme Court to serve on the

Special Civil Part Practice Committee for five terms.

He is also heavily involved in alternative dispute resolution as both a mediator and arbitrator. He is approved as a Mediator by the State of New Jersey, Department of Law and Public Safety, the State of New Jersey Judiciary, and as a Trainer in Mediation and Conciliation Skills for New Jersey's Administrative Office of the Courts.

**Brian D. Flick**

Mr. Flick advocates for plaintiffs and defendants nationwide in state and federal trial and appellate courts. His practice areas include Consumer Bankruptcy debtor representation in the areas of Chapter 7, 12, and 13, consumer fraud, real estate litigation, foreclosure defense, student loan debt defense, Bankruptcy Litigation, and Mortgage Servicing Litigation under the Real Estate Settlement Procedures Act and the Truth in Lending Act.

He has experience in all phases of litigation including extensive discovery, substantive motion practice, trial practice, and appellate practice. Mr. Flick has worked vigorously for over 14 years to protect the rights of consumers and to pursue recovery for plaintiffs and defendants in numerous civil matters including class actions.

Mr. Flick graduated from Adrian College with a B.A. In Political Science. He earned his law degree from the Ohio Northern University Pettit College of Law. While in law school, he received several academic awards and appeared on the Dean's List multiple times.

Since beginning the practice of law, he has been very active in local and national attorney associations. He is active with the Cincinnati Bar Association's Bankruptcy Committee. Brian also sits on the Volunteer Lawyers Committee for the Cincinnati Bar Association. He is the current Sixth Circuit Listserv Moderator for the National Association of Consumer Bankruptcy Attorneys, a position he has held since May 2017. He is the current Ohio State Chair for the National Association of Consumer Advocates, a position he has held since May 2017. He was also appointed by the Board of Trustees as a member of the Unauthorized Practice of Law Committee of the Cincinnati Bar Association, a position he has held since June 2017. Mr. Flick has been a frequent speaker at Cincinnati Bar Association, NACBA, and NACA events since 2014 as well as assisting with DannLaw's Regulation X and Z Seminars that have taken place since 2016.

Mr. Flick is currently co-lead counsel on *In re: Southern Ohio Health Systems Data Breach*, Hamilton County Court of Common Pleas Case No. A 2101886.  Mr. Flick is also working a putative co-lead counsel on several other pending matters including *Lajuan Fleetwood v. NewRez LLC*, Hamilton County Court of Common Pleas Case No. A2201533, *Patrick D. Trivison, et al. v. Federal National Mortgage Association, et al*, NDOH 1:20-cv-00711, *Jackson, et al. v. Velocity Investments, LLC*, EDPA Case No. 20-cv-02524, and *Crews, et al. v. Titlemax of Delaware, et al.*,

MDPA 1:22-cv-168.  Mr. Flick was appointed co-lead counsel on *Ethan Ryder, et al v. Wells Fargo Bank, N.A.*, SDOH Case No. 1:2019-cv-00638 and worked as associate on multiple class actions that DannLaw has handled including *Ifeoma Ebo, et al. v. Wells Fargo Bank, et al.*, NDCA Case No. 3:22-cv-02535, *Lieber, et al. v. Wells Fargo Bank, N.A.*, NDOH Case No. 1:16-cv-02868, *Madyda v. Ohio Department of Public Safety*, Ohio Court of Claims Case No. 2019-00426JD and *Miles Black, et al. v. City of Girard, Ohio, et al*., Trumbull County Court of Common Pleas Case No. 2018 CV 1256. Mr. Flick was appointed to the Interim Executive Committee in *Angus, et al. v. Flagstar Bank, FSB*, EDMI Case No. 2:21-cv-1067.

Mr. Flick is admitted to the practice of law in the State of Ohio, State of Kentucky and the Federal District Courts and Bankruptcy Courts in the following jurisdictions: Southern District of Ohio; Northern District of Ohio; District of Colorado; Northern District of Illinois; Northern District of Indiana; Southern District of Indiana; Eastern District of Kentucky; Western District of Kentucky; Eastern District of Tennessee; Western District of Tennessee; Eastern District of Michigan and the Western District of Michigan. He has also been admitted *pro hac vice* in civil litigation in the following United States District Courts for either resolved or pending matters: District of Oregon, District of Nevada, Western District of North Carolina, Southern District of New York, Eastern District of Pennsylvania, Central District of California, Middle District of Florida and Southern District of Florida. He is also admitted in the United States Court of Appeals for the Sixth Circuit.

**Javier Merino**

Attorney Javier Merino is the managing partner of the New Jersey and New York offices of DannLaw. Mr. Merino advocates for plaintiffs and defendants nationwide in state and federal trial and appellate courts. His practice areas include Consumer Bankruptcy debtor representation in the areas of Chapter 7 and 13, consumer fraud, real estate litigation, foreclosure defense, Bankruptcy Litigation, and Mortgage Servicing Litigation under the Real Estate Settlement Procedures Act and the Truth in Lending Act.

He has experience in all phases of litigation including extensive discovery, substantive motion practice, trial practice, and appellate practice. A licensed attorney since 2013, Mr. Merino has worked vigorously for almost nine (9) years to protect the rights of consumers and to pursue recovery for plaintiffs and defendants in numerous civil matters including class actions.

Mr. Merino graduated from Rutgers University with a B.A. In Economics in 2010. He earned his law degree from St. John's University School of Law in 2013. While in law school, he received several academic awards and appeared on the Dean's List.

Since beginning the practice of law, he has been very active in local and national attorney associations. He is active with the National Association of Consumer Advocates and the National Association of Consumer Bankruptcy Attorneys. Mr. Merino has been a frequent speaker at New

Jersey State Bar Association, NACBA, and NACA events since 2017 as well as assisting with DannLaw's Regulation X and Z Seminars that have taken place since 2016. Mr. Merino most recently litigated a successful reversal of summary judgment at the United States Court of Appeals for the Second Circuit in the matter of *Kim Naimoli v. Ocwen Loan Servicing, LLC*, CA2 case number 2020-01683, a case of first impression at the Circuit Level on Regulation X of the Real Estate Settlement Procedures Act.

Mr. Merino is admitted to the practice of law in the State of New Jersey, State of New York and the Federal District Courts and Bankruptcy Courts in the following jurisdictions: District of New Jersey; Southern District of New York; Eastern District of New York; Northern District of New York; and the Western District of New York. He has also been admitted in the United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Third Circuit.

**Michael A. Smith, Jr.**

Michael Smith is a graduate of the Ohio State University and the University of Georgia School of Law. Mr. Smith is admitted to practice in the State of Ohio, State of New Jersey, United States District Court for the Northern and Southern Districts of Ohio, and United States District Court for the District of New Jersey.

Mr. Smith represents consumers in class actions involving unfair and deceptive trade practices, privacy violations, antitrust matters, and defective products. Smith has been active in federal litigation, including class action litigation in the state and federal courts of Ohio and New Jersey.

Mr. Smith has worked as associate counsel in many class actions the firm has handled including *Lieber, et al. v. Wells Fargo Bank, N.A.*, NDOH Case No. 1:16-cv-02868, *Koustis, et al. v. Select Portfolio Servicing, Inc.*, NDOH Case No. 1:20-cv-02425-DAP, *In re: Sonic Corp. Customer Data Security Breach*, NDOH Case No. 17-md-2807, *In re: National Prescription Opiate Litigation*, NDOH Case No. 17-md-02804, *Madyda v. Ohio Department of Public Safety*, Ohio Court of Claims Case No. 2019-00426JD, and *Miles Black, et al. v. City of Girard, Ohio, et al*., Trumbull County Court of Common Pleas Case No. 2018 CV 125.

**Emily White**

After spending nearly a decade as a public interest attorney, Emily White joined DannLaw. She is the Managing Partner of the firm's Columbus, Ohio office where she practices student loan debt, disability rights, Class Action and consumer law.

Emily received her law degree from the City University of New York School of Law, where she served on the editorial board of the New York City Law Review. Following law school, she served for two years as a judicial law clerk to the Honorable Sylvia H. Rambo, U.S. District Court Judge

for the Middle District of Pennsylvania.

In 2009 she joined the Legal Aid Society of Cleveland, where she represented low-income consumers during the historic recession and foreclosure crisis. While at Legal Aid she authored a chapter of Ohio Consumer Law focused on student loans and helped student loan borrowers resolve defaults and apply for student loan discharges.

In 2013 she joined Disability Rights Ohio as a staff attorney. In that role Emily represented individuals with disabilities in employment and higher education matters and offered advice about issues related to student loans and vocational rehabilitation services.

Emily received an undergraduate degree in Philosophy from the University of Illinois at Urbana-Champaign. Before attending law school she served as an AmeriCorps volunteer with Habitat for Humanity NYC.

**Dan Solar**

Attorney Dan Solar has brought consumer cases against loan modification mills and financial institutions, won motions to vacate older foreclosure judgments on behalf of DannLaw clients, and unearthed significant evidence of fraud and robo-signing via the legal discovery process.

A licensed attorney since 2009, Dan earned a B.A. in Political Science from Denison University in 2006 and a J.D. from the University of Akron School of Law in 2009. He served an internship at the Cuyahoga County Public Defender's Office and during his years in law school worked as a law clerk for a firm in Akron, Ohio where he focused on a variety of tort matters and insurance litigation.

In addition to his extensive legal training, Attorney Solar's experience in the origination of mortgage loans gives him a specialized, in-depth and invaluable knowledge of every facet of the mortgage lending process.

Attorney Solar is admitted to practice in the State of Ohio, the United States District Courts for the Northern and Southern Districts of Ohio, and the Eleventh Circuit Court of Appeals.

**REPRESENTATIVE CLASS ACTIONS CASES**

**Completed Cases:**

*Ryder et al v. Wells Fargo*  United States District Court for the Southern District of Ohio Case No. 19-cv-00638. $ 12 Million recovery for borrowers who were denied loan modifications as a result of a data breach.

*Koustis, et al. v. Select Portfolio Servicing, Inc.*, 1:20-cv-02425-DAP NDOH (Final Approval Order and Judgment entered 12/08/2021) - $184,000.00 recovery for a nationwide class of borrowers whose lender failed to properly respond to qualified written requests, requests for information, and/or notices of error because of an improper active litigation, active mediation, or active bankruptcy exception.

*In re Sonic Corp. Customer Data Security Breach*, 1:17-md-2807 NDOH (Order granting Plaintiffs' Unanimous and Unopposed Motion to Appoint Attorney William B. Federman as Interim Lead Counsel, Attorney Marc Dann as Interim Liaison Counsel, and Attorneys Thomas A. Zimmerman, Jr., Michael R. Fuller, Melissa R. Emert and Miles Clark as Plaintiffs' Steering Committee signed 01/03/2018) - Class action for a nationwide class of individuals who had their personal and financial data stolen due to insufficient protection of that information by a retailer.

*Miller et al. v. Inteleos, Inc.*, Case No. 1:17-cv-00763-DAP NDOH - $570,000 recovery for a nationwide class of sonographers who took and passed a certification examination but the testing agency improperly scored their results and falsely reported that they failed the examination.

*Lieber v. Wells Fargo Bank, N.A.*, Case No. 1:16-cv-02868-PAG NDOH - $425,000 recovery for a nationwide class of borrowers whose lender failed to properly respond to qualified written requests, requests for information, and/or notices of error because of an improper active litigation, active mediation, or active bankruptcy exception.

*Clark, et al. v. Lender Processing Services, Inc, et al.*, Case No. 2:12-cv-02187 NDOH

*Hlavasa, et al. v. Bank of America, et al.*, Case No. 2:2011-cv-00530 NDOH

*Turner, et al. v. Lerner, Sampson & Rothfuss*, Case No. 1:11-cv-00056 NDOH

Andrew R. Wolf, of Counsel to DannLaw has been certified as class counsel individually in the following cases as of January 2022:

1. <u>Mathis v. Hillside Auto Mall, Inc., et al.</u>
   Docket No. UNN-L-5674-01 (Superior Court of New Jersey, Union County)

2. <u>United Consumer Financial Services Co. v. Carbo</u>
   Docket No. HUD-L-3438-02 (Superior Court of New Jersey, Hudson County)

3. <u>Wilson v. Burt, et al.</u>
   Docket No. MER-L-1947-03 (Superior Court of New Jersey, Mercer County)

4. <u>Wilson v. AutoNation, et al</u>
   Docket No. MID- L-1319-04 (Superior Court of New Jersey, Middlesex County)

5. <u>Galatis v. Psak, Graziano, Piasecki & Whitelaw, et al.</u>
   Docket No. MID-L-5900-04 (Superior Court of New Jersey, Middlesex County)

6. Moreno v. Lawrence Lincoln-Mercury, Inc.
   Docket No. MID-L-2869-02 (Superior Court of New Jersey, Middlesex County)

7. Muller-Moreno, et. al. v. Malouf, et. al.
   Docket No. MID-L-4464-02 (Superior Court of New Jersey, Middlesex County)

8. Romano and Smerling v. Dayton Auto Center, et al.
   Docket No. MID-L-5176-02 (Superior Court of New Jersey, Middlesex County)

9. Losgar v. Freehold Chevrolet, Inc.
   Docket No. MON-L-3145-02 (Superior Court of New Jersey, Monmouth County)

10. Davis v. Liccardi, et al.
    Docket No. UNN-L-001546-03 (Superior Court of New Jersey, Union County)

11. Wenger, John v. East Brunswick Buick Pontiac GMC etc.
    Docket No. MID-L-5617-03 (Superior Court of New Jersey, Middlesex County)

12. Arteaga v. Moda Furniture, et al.
    Docket No. MRS-L000980-05 (Superior Court of New Jersey, Morris County)

13. Barrood v. IBM
    Docket No. MER-L-0843-98 (Superior Court of New Jersey, Mercer County)

14. Robilotti v. Garden Irrigation et al.
    Docket No. MON-L-002147-03 (Superior Court of New Jersey, Monmouth County)

15. Valley National Bank v. Jeffery Cahn
    Docket No. MER-L-0504-04 (Superior Court of New Jersey, Mercer County)

16. Grandberry and Deloatch v. Pressler & Pressler
    Docket No. MID-L-001356-06 (Superior Court of New Jersey, Middlesex County)

17. Hudson United Bank v. Wendy D. Chase
    Docket No. HNT-L-37-04 (Superior Court of New Jersey, Hunterdon County)

18. DeBenedetto vs. Del Monte Corporation, et al.
    Docket No. MID-L-003163-06 (Superior Court of New Jersey, Middlesex County)

19. Nthenge, et al. v. Pessler and Pressler, et al.
    Docket No. MID-L-001363-06 (Superior Court of New Jersey, Middlesex County)

20. Estep v. Smythe Volvo, Inc., et al.
    Docket No. UNN- L-004184-03 (Superior Court of New Jersey, Union County)

21. <u>Miller, Jennifer, et al v. CVS Corporation</u>
    Docket No. MID-L-003855-06 (Superior Court of New Jersey, Middlesex County)

22. <u>Fisher, Samuel v. Walgreen Co. et al.</u>
    Docket No. MID-L-004090-06 (Superior Court of New Jersey, Middlesex County)

23. <u>Picket v. Triad, et al.</u>
    Docket No. MID- L-007727-05 (Superior Court of New Jersey, Middlesex County)

24. <u>Clemons & Jordan vs. Donna Thompson, Esq.</u>
    Docket No. MON-L-001980-07 (Superior Court of New Jersey, Monmouth County)

25. <u>Fisher v. Hallmark Marketing Corporation et al.</u>
    Docket No. MID-L-6465-06 (Superior Court of New Jersey, Middlesex County)

26. <u>Wells v. DTD Enterprises, Inc.</u>
    Docket No. MID-L-9012-07 (Superior Court of New Jersey, Middlesex County)

27. <u>Bessie Brown v. Hayt, Hayt & Landau, LLC</u>
    Docket No. ESX-L-7042-07 (Superior Court of New Jersey, Essex County)

28. <u>Miller v. Weltman, Weinberg & Reis, Co., L.P.A.</u>
    Docket No. MID-L-6248-07 (Superior Court of New Jersey, Middlesex County)

29. <u>Santos & Velez v. Samuel Silver, Esq. et al</u>
    Docket No. MID-L-08188-07 (Superior Court of New Jersey, Middlesex County)

30. <u>Cruz, Romeo R. v. Condor Capital Corp.</u>
    Docket No. MID-L-2108-06 (Superior Court of New Jersey, Middlesex County)

31. <u>Walker, Michael v. Hill Wallack LLP</u>
    Docket No. MID-L-003480-08 (Superior Court of New Jersey, Middlesex County)

32. <u>Portfolio Recovery Associates, LLC v. Patricia M. Barnes, et al</u>
    Docket No. MID-L-009791-06 (Superior Court of New Jersey, Middlesex County)

33. <u>Debra Smerling & Sheila Smerling v. Harrah's Entertainment Inc.</u>
    Docket No. MID-L-008733-04 (Superior Court of New Jersey, Middlesex County)

34. <u>Moore, William v. NCO Financial Systems Inc.</u> consolidated with
    <u>Meekins, Elizabeth v. NCO Financial Systems Inc.</u>
    Case # 2:08-CV-01936-JAG-MCA (Federal District Court of New Jersey)

35. <u>Wenger, Christopher & Jennifer. vs. Cardo Windows, Inc. et al</u>
    Docket No.: MID-L-4924-07 (Superior Court of New Jersey, Middlesex County)

36. <u>The Provident Bank v. Patricia Deprospo</u>

Docket No.: UNN-L-1393-09 (Superior Court of New Jersey, Union County)

37. Parkin, Nicole v. Bank of America, N.A.
Docket No. MID-L-8170-07 (Superior Court of New Jersey, Middlesex County)

38. Mohrle, Dawn v. Timco, Inc. d/b/a Planet Honda
Docket No. UNN-L- 000953-08 (Superior Court of New Jersey, Union County

39. Quinonnes-Malone, Carmen v. Pellegrino & Feldstein, L.L.C , et al
Case # 2:08-cv-03295-JAG-MCA (Federal District Court of New Jersey)

40. Kho, Ernesto vs. Nationwide Home Relief, LLC
Docket No. MID-L-4245-09(Superior Court of New Jersey, Middlesex County)

41. Peabody, Gail v. Legal Loan Modifications, Inc., et al
Docket No. MID-L-6981-09 (Superior Court of New Jersey, Middlesex County)

42. Coleman, Lori and Henry, Jahod v. Edison Auto Sales,Inc. et al
Docket No. MID-L-8168-09 (Superior Court of New Jersey, Middlesex County)

43. Wenger, Christopher vs. Freehold Subaru, LLC et al.
Docket No. MON-L-4003-10 (Superior Court of New Jersey, Monmouth County)

44. Richardson vs. Allied Interstate, Inc., et al.
Case No. 09-2265-MLC-DEA (Federal District Court of New Jersey)

45. Kim Robinson and Jacob Robinson v. Donna L. Thompson
Case No. 3:10-cv-04143-JAP-TJB (Federal District Court of New Jersey)

46. Mark Epstein & Mira Epstein v. Sears Roebuck & Co., Inc,
Docket No. UNN-L-1732-09 (Superior Court of New Jersey, Union County)

47. Elaine Drake v. Wells Fargo Bank, N.A.
Docket No. MID-L-4177-09 (Superior Court of New Jersey, Middlesex County)

48. Dipopolo & Kawajian v. Ramsey Nissan, Inc.
Docket No. BER-L-10319-09 (Superior Court of New Jersey, Bergen County)

49. John Tortora v, Guardian Protective Services, et al.
Docket No. MID-L-1041-10 (Superior Court of New Jersey, Middlesex County)

50. Te, Montesclaro, & Te v. Thrift Investment Corporation, et al.
Docket No. MID-L-2061-10 (Superior Court of New Jersey, Middlesex County)

51. Berger, Garrett and Kelter, Bonny vs. PCUSA Corporation
Docket No. MID-L-3211-11 (Superior Court of New Jersey, Middlesex County)

52. Pollitt vs. DRS Towing, LLC
    Case No. 3:10-cv-01285 (Federal District Court of New Jersey)

53. Sheikh/Sheikh vs. Maxon Hyundai, et al
    Docket No. UNN- L-000476-09 (Superior Court of New Jersey, Union County)

54. Bosland, Rhonda v. Warnock Dodge, Inc. et al
    Docket No. MRS- L-844-06 (Superior Court of New Jersey, Morris County)

55. Martell, Rhonda v. Warnock Dodge, Inc. et al
    Docket No. MRS- L-1085-09 (Superior Court of New Jersey, Morris County)

56. Alper, Todd v. Warnock Motor Sales, Inc. d/b/a/ Warnock Ford, et al
    Docket No. MRS- L-1640-10 (Superior Court of New Jersey, Morris County)

57. Richard R. Froumy and Victoria M. Carr v. Stark & Stark, et al
    Case No. 3:09-CV-4890-LHG (Federal District Court of New Jersey)

58. Pollitt v. Wachovia Dealer Services, Inc., et al
    Case No. 3:10-cv-01285-DEA (Federal District Court of New Jersey)

59. Chulsky v. Hudson Law Offices, P.C., et al
    Case No. 3:10-CV-03058-LHG (Federal District Court of New Jersey)

60. Williams v. The CBE Group, et al
    Case No. 2:11-cv-3680-PS (Federal District Court of New Jersey)

61. Petersen, Daniel vs. Central Jersey Pool & Supply Co., Inc., et al.
    Docket No. MON-L-4044-11 (Superior Court of New Jersey, Monmouth County)

62. Eisenberger, Ruth vs. Boston Service Co., Inc. d/b/a Hann Financial Svc. Corp.
    Docket No. MID-L-10366-09 (Superior Court of New Jersey, Middlesex County)

63. Lileikyte, Asta vs. Bergen Auto Eenterprises, LLC d/b/a Wayne Mazda
    Docket No. MID-L-6222-10 (Superior Court of New Jersey, Middlesex County)

64. Lippert, Tammy vs. Edison Motor Cars, Inc. d/b/a Brad Benson Mitsubishi/Hyundai
    Docket No. MID-L-6599-10 (Superior Court of New Jersey, Middlesex County)

65. Diop, Aissatou vs. I.C. Systems, Inc.
    Docket No. MID-L-1062-11 (Superior Court of New Jersey, Middlesex County)

66. Bush, Tanya vs. Renovo Services, LLC, et als.
    Docket No. MID-L-5132-10 (Superior Court of New Jersey, Middlesex County)

67. Avalishvili, Zhanetta vs. Reussille Law Firm, LLC, et al

Case No. 3:12-cv-02772-TJB (Federal District Court of New Jersey)

68. <u>Martina, Sophia vs. LA Fitness International, LLC</u>
Case No. 2:12-cv-02063-WHW (Federal District Court of New Jersey)

69. <u>Korrow, Margaret vs. Aaron's, Inc., et al.</u>
Case No. 3:10-cv-6317-MAS (Federal District Court of New Jersey)

70. <u>Hernandez, Rodolfo vs. Enhanced Recovery Company, LLC, et al.</u>
Docket No. MID-L-2640-12 (Superior Court of New Jersey, Middlesex County)

71. <u>Walker, Michael vs. Cutolo Law Firm, LLC, et al.</u>
Docket No. MID-L-7498-11 (Superior Court of New Jersey, Middlesex County)

72. <u>Mukoma, Stephen vs. Fleet Lease Network, Inc.</u>
Docket No. HUD-L-2707-12 (Superior Court of New Jersey, Hudson County)

73. <u>Wenger, Christopher D. vs. South Brunswick Furniture, Inc., etc., et al</u>
Docket No. MID-L-000479-12 (Superior Court of New Jersey, Middlesex County)

74. <u>Katz, et al. vs. Live Nation, Inc., et al.</u>
Case No. 09-cv-03740-DEA (Federal District Court of New Jersey)

75. <u>Blaine, Joanne vs. Pressler & Pressler, LLP</u>
Docket No. MID-L-583-11 (Superior Court of New Jersey, Middlesex County)

76. <u>Davis, Ollie vs. First Financial Federal Credit Union, et al.</u>
Docket No. MON-L-4493-11 (Superior Court of New Jersey, Monmouth County)

77. <u>Khweye, Uz C./Rivera, Pura vs. Leaders Financial Company, et al.</u>
Docket No. ESX-L-5584-10 (Superior Court of New Jersey, Essex County)

78. <u>Khweye, Uz C. vs. Mullooly, Jeffrey, Rooney & Flynn, LLP</u>
Docket No. ESX-L-5585-10 (Superior Court of New Jersey, Essex County)

79. <u>Gordon, Ella and Martha vs. Feinstein, Raiss, Kelin & Booker, LLC</u>
Case No. 3:13-cv-00089-MAS (Federal District Court of New Jersey)

80. <u>Robinson, Shaquanna vs. J & C Auto Outlet, LLC</u>
Docket No. MID-L-1961-13 (Superior Court of New Jersey, Middlesex County)

81. <u>Allen, Stacy vs. National Auto Outlet</u>
Docket No. MID-L-004905-13 (Superior Court of New Jersey, Middlesex County)

82. <u>Willis, Laura vs. Galleria Route One Corporation, et al.</u>
Docket No. MID-L-001315-12 (Superior Court of New Jersey, Middlesex County)

83. Fonville, Shanique vs. Clover Commercial Corporation, et al.
    Docket No. UNN-L-000563-13 (Superior Court of New Jersey, Union County)

84. Caruso, Jerry/Brady, Sandra v. WOW, et als.
    Docket No. MID-L-3112-13 (Superior Court of New Jersey, Middlesex County)

85. Fonville, Shanique and Nekisha vs. Schwartz Barkin & Mitchell, et al.
    Docket No. UNN-L-001097-13 (Superior Court of New Jersey, Union County)

86. Malangone, Dolores v. Izzy's Inc. etc., et al.
    Docket No. OCN-L-515-13 (Superior Court of New Jersey, Ocean County)

87. Ortiz-Rodriguez, Norma vs. Pressler & Pressler, LLP
    Docket No. MID-L-007253-13 (Superior Court of New Jersey, Middlesex County)

88. Norris, Michael/Tatem, Christopher vs. Bill Me Later, Inc. & Eichenbaum and Stylianou,
    LLC
    Docket No. MID-L-002364-15 (Superior Court of New Jersey, Middlesex County)

89. Gambrell, Eugene & Doris and Patel, Falguni vs. Hess Corporation, Inc.
    Docket No. MID-L-7761-12 (Superior Court of New Jersey, Middlesex County)

90. Lechtrecker, Joshua vs. Pressler & Pressler, LLP
    Docket No. MID-L-001933-15 (Superior Court of New Jersey, Middlesex County)

91. The Estate of Theresa Torsiello by Vincent Torsiello Executor vs. McGovern Legal
    Services, LLC
    Case No. 3:14-cv-03814-DEA (Federal District Court of New Jersey)

92. Tirado, Ricardo vs. Deluxe Auto Group, LLC, et al.
    Docket No. HUD-L-1069-14 (Superior Court of New Jersey, Hudson County)

93. Bowman, Lethrop vs. Lyons, Doughty & Veldhuis, P.C.
    Docket No. MID-L-4474-14 (Superior Court of New Jersey, Middlesex County)

94. Celario, Michael vs. Route 22 Nissan, Inc.
    Docket No. MID-L-000260-14 (Superior Court of New Jersey, Middlesex County)

95. McKenzie, Yusef vs. New City Funding Corp.
    Docket No. MID-L-1952-14 (Superior Court of New Jersey, Middlesex County)

96. Thorne, Kimberly vs. Live Nation, Entertainment Inc.
    Case No. 3:09-cv-03740-DEA (Federal District Court of New Jersey)

97. Pabon/Alvarado vs. Metro Auto Exchange

Docket No. UNN-L-1426-14 (Superior Court of New Jersey, Union County)

98. Rufo, Melissa vs. Alpha Recovery Corp.
Case No. 2:15-cv-0865-SRC (Federal District Court of New Jersey)

99. Politi, Andrew v. Pressler & Pressler, LLP, etc.
Docket No. MID-L-7273-15 (Superior Court of New Jersey, Middlesex County)

100. Nunez, Angel and Eve vs. Donna L. Thompson, Esq.
Docket No. MID-L-00949-15 (Superior Court of New Jersey, Middlesex County)

101. Nepomuceno, Luzvimid vs. Midland Management, Inc.
Case No. 2:14-cv-5719-SDW-SCM (Federal District Court of New Jersey)

102. Stepien, Lisa vs. PNC Financial Services Group, Inc.
Docket No. MID-L-2837-13 (Superior Court of New Jersey, Middlesex County)

103. Politi, Alexa vs. Gil Vigneault, et al.
Case No. 3:15-cv-04425-DEA (Federal District Court of New Jersey)

104. Javan, John vs. LVNV Funding, LLC, et al.
Docket No. MID-L-001866-16 (Superior Court of New Jersey, Middlesex County)

105. Vizthum, Tracy vs. Maguire East Windsor, LLC d/b/a Windsor Nissan
Docket No. MID-L-284-15 (Superior Court of New Jersey, Middlesex County)

106. Qureshi v. OPS 9, LLC
Case No. 2:14-cv-01806 (Federal District Court of New Jersey)

107. Mohammed v. Faloni Association
Docket No. MID-L-7880-13 (Superior Court of New Jersey, Middlesex County)

108. Shumaker v. Vengroff
Docket No. MID-L-5367-15 (Superior Court of New Jersey, Middlesex County)

109. Gomes v. Extra Space Storage, Inc.
Case No. 2:13-cv-929-KSH (Federal District Court of New Jersey)

110. Sefarian v. Carmadella et al.
Docket No. MID-L-005333-15 (Superior Court of New Jersey, Middlesex County)

111. Chung v. Northland Group Inc
Case No. 2:15-cv-06246 (Federal District Court of New Jersey)

112. Chung v. AllianceOne Capital
Case No. 2:15-cv-02905 (Federal District Court of New Jersey)

113. <u>Raff v. Safavieh Livingston LLC</u>
    Docket No. ESX-L-2017-15 (Superior Court of New Jersey, Essex County)

114. <u>Guillen v. AAA Limo and Luxury Car Services of East Brunswick</u>
    Docket No. MID-L-002661-16 (Superior Court of New Jersey, Middlesex County)

115. <u>Kendall v. Cubesmart L.P., et al.</u>
    Case No. 3:15-cv-06098 (Federal District Court of New Jersey)

116. <u>Santiago v. Northland Group Inc.</u>
    Case No. 2:15-cv-03608-CLW (Federal District Court of New Jersey)

117. <u>Giulanelli v. Fredco Landscaping LLC</u>
    Docket No. ESX-L-004202-16 (Superior Court of New Jersey, Essex County)

118. <u>Seigelstein v. Shrewsbury Motor, Inc. et al.</u>
    Docket No. MON-L-4072-15 (Superior Court of New Jersey, Monmouth County)

119. <u>Park v. United Collection Bureau, Inc.</u>
    Case No. 2:15-cv-01306 (Federal Court of New Jersey)

120. <u>Watkins v. Pressler &Pressler, LLC</u>
    Case No. 2:16-cv-00119-MCA-LDW (Federal District Court of NewJersey)

121. -<u>Harris v. General Motors Financial Co. Inc.</u>
    Docket No. MID-L-3170-15 (Superior Court of New Jersey, Middlesex County)

122. <u>Shirey v. Project One Autosports LLC</u>
    Docket No. ESX-L-006233-16 (Superior Court of New Jersey, Essex County)

123. <u>Sparks v. Service Finance Co., LLC</u>
    Docket No. MID-L-2441-17 (Superior Court of New Jersey, Middlesex County)

124. <u>Labidou v. Fleet Lease Network, Inc.</u>
    Docket No. HUD-L-5191-15 (Superior Court of New Jersey, Hudson County)

125. <u>Best v. Twin, Inc.</u>
    Docket No. ESX-L-8062-16 (Superior Court of New Jersey, Essex County)

126. <u>Patterson v. Volkswagen Credit</u>
    Docket No. MID-L-6498-16 (Superior Court of New Jersey, Middlesex County)

127. <u>Bonilla v. Pike Run II LLC</u>
    Docket No. MID-L-3986-17 (Superior Court of New Jersey, Middlesex County)

128. Martins v. Signature Pre-Owned LLC et al.
     Docket No. HUD-L-3596-17 (Superior Court of New Jersey, Hudson County)

129. Thomas v. Hudson Valley Federal Credit Union
     Docket No. ESX-L-8205-18 (Superior Court of New Jersey, Essex County)

130. Gonzalez v. New Century Financial Services Inc.
     Docket No. ESX-L-00765-17 (Superior Court of New Jersey, Essex County)

131. McMillin v. The Traf Group Inc.
     Case No. 3:18-cv-01734-DEA (Federal District Court of New Jersey)

132. Santiago v. Apothaker Scian P.C. et al.
     Case No. 2:16-cv-01432-CCC-SMC (Federal District Court of New Jersey)

133. Pierre-Charles v. Consumer Portfolio Services, Inc.
     Case No. 3:17-cv-10025-DEA (Federal District Court of New Jersey)

134. Deltoro v. City Select Auto Sales, Inc.
     Docket BUR-L-00709-19 (Superior Court of New Jersey, Burlington County)

135. Mills v. Camping World RV et al.
     Case No. 3:18-cv-02283-MAS-TJB (Federal District Court of New Jersey)

136. Browne v. Capital One Bank USA et al.
     Docket No MID-L-05583-15 (Superior Court of New Jersey, Middlesex County)

137. -Wares v. Guaranteed Motor Towing Service Inc. et al.
     Docket No. MID-L-002088-16 (Superior Court of New Jersey, Middlesex County)

138. Roach v. BM Motoring LLC
     Docket No. MID-L-001333-13 (Superior Court of New Jersey, Middlesex County)

139. Davis v. Omnisure
     Docket No. CAM-L-3742-15 (Superior Court of New Jersey, Camden County)

**Pending Cases:**

*RESPA and Mortgage Servicing Class Action*

- DannLaw is putative class co-counsel in *Trivison, et al. v. Federal National Mortgage Association*, United States District Court for the Northern District of Ohio Case No. 20-cv-00711.
- DannLaw is putative class co-counsel in *Lajuan Fleetwood v. NewRez LLC*, Hamilton County Court of Common Pleas Case No. A2201533.

- DannLaw is putative class co-counsel in *Kathryn Forest, et al. v. PHH Mortgage Corporation, et al*, United States District Court for the District of Rhode Island, Case No. 1:20-cv-00323.
- DannLaw is putative class counsel in *Elaine M. Johnson, et al. v. loanDepot.com LLC*, United States District Court for the Northern District of Ohio Case No. 5:22-cv-00641.
- DannLaw is putative class co-counsel in *Schmitt v. Security National Servicing Corporation*, United States District Court for the Northern District of Ohio Case No. 1:21-cv-01188.

*Constitutional Violations*

- DannLaw is putative co-counsel in *The State of Ohio, ex rel James Parker, et al. v. The Ohio Department of Job and Family Services, et al*., Franklin County Court of Common Pleas 21 CV 00524.
- DannLaw is putative class co-counsel in *Tarrify Properties, LLC, et al. v. Cuyahoga County, Ohio, et al.*, United States District Court for the Northern District of Ohio Case No. 19-cv-02293.
- DannLaw is putative class co-counsel in *Alana Harrison, et al. v. Montgomery County, Ohio, et al*., United States District Court for the Southern District of Ohio Case No. 3:19-cv-00288.
- DannLaw is putative class co-counsel in *Madyda v. Ohio Department of Public Safety*, Ohio Court of Claims Case No. 2019-00426JD.
- DannLaw is putative class co-counsel in *Miles Black, et al. v. City of Girard, Ohio, et al*., Trumbull County Court of Common Pleas Case No. 2018 CV 1256.

*Data Breach/Misuse of Consumer Information -*

- DannLaw has been appointed as co-lead in *Desiree Schmitt, et al. v. SN Servicing Corporation*, United States District Court for the Northern District of California, Case No. 21-cv-03355.
- DannLaw has been appointed on the Plaintiff's Executive Committee in *Angus, et al. v. Flagstar Bank, FSB*, United States District Court for the Eastern District of Michigan Case No. 21-cv-10657.
- DannLaw has been appointed as Interim Class Co-Counsel in *Acker, et al. v. ProTech Solutions Inc*., United States District Court for the Eastern District of Arkansas Case No. 20-cv-00852.
- DannLaw is co-counseling a Class Action for a nationwide class and statewide classes of consumers who were subject to unauthorized automatic payment drafts. DannLaw brought two of the eight lawsuits related to this incident - *Dwayne Friday, et al. v. Nationstar Mortgage, LLC*, United States District Court of the Western District of North Carolina

Case No. 1:21-cv-165 and *LaTreece Jones, et al. v. Nationstar Mortgage, LLC,* United States District Court for the Northern District of Illinois Case No. 1:21-cv-3217. All cases are pending settlement and consolidation.

- DannLaw has been appointed Interim Liaison Counsel for a nationwide class and statewide classes of employees and unknown third parties who were victims of a data breach in *Migliaccio, et al. v. Parker-Hannifin Corporation*, United States District Court for the Northern District of Ohio Case No. 1:22-cv-00835.

- DannLaw is co-counseling a Class Action for a nationwide class and statewide classes of employees and patients who were victims of a data breach in *In re: Southern Ohio Health Systems Data Breach*, Hamilton County Court of Common Pleas Case No. A 2101886.

- DannLaw is co-counseling a Class Action for a nationwide class and statewide classes of consumers who were subject to a data breach involving their mortgage servicer in *Morrill v. Lakeview Loan Servicing, LLC, et al.*, United States District Court for the Southern District of Florida Case No. 1:22-cv-20955-DPG.

- DannLaw is local counsel in *Finesse Express, LLC, et al. v. Total Quality Logistics, LLC*, United States District Court for the Southern District of Ohio, Case No. 1:20-cv-00235.

*Consumer Class Actions*

- DannLaw is putative class co-counsel in *Jackson, et al. v. Velocity Investments, LLC*, United States District Court for the Eastern District of Pennsylvania Case No. 5: 20-cv-02524.

- DannLaw is putative class co-counsel in *Crews, et al. v. Titlemax of Delaware, et al.*, United States District Court for the Middle District of Pennsylvania Case No. 1:22-cv-168.

*Products Liability*

- DannLaw is co-counseling as Local Counsel *Erica Parks, et al. v. The Proctor & Gamble Company*, United States District Court for the Southern District of Ohio Case No. 1:21-cv-00258.

- DannLaw is putative co-counsel in *Tyneshia Ferguson, et al. v. The J.M. Smucker Company*, United States District Court for the Eastern District of Kentucky Case No. 5:22-cv-00173.

- DannLaw is putative co-counsel in *Pisciotti, et al. v. The J.M. Smucker Company*, United States District Court for the Northern District of Ohio Case No. 5:22-cv-01151.

*Shareholder Derivative Suit*

- DannLaw is co-counseling as Local Counsel a Shareholder Derivative Complaint against a multi-state Managed Care facility. The matter has not proceeded to Class Certification.

# EXHIBIT B

| Date | Hours | Activity category | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|
| 2/1/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | Call with Sharon on Complaint; facts; email to Desiree on damages | $ 500.00 | $ 150.00 | Brian Flick |
| 2/5/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | Review 11th Cir case on damages/standing; email with Tom | $ 500.00 | $ 150.00 | Brian Flick |
| 2/5/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | Revise SN Complaint, left messages with Furth and Schmit.  Email to both Email to Tom, Sharon and Marc | $ 500.00 | $ 150.00 | Brian Flick |
| 2/8/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email with Desiree re: Appt and liabilities Left vm for Jeff Furth | $ 500.00 | $ 50.00 | Brian Flick |
| 2/9/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email with Desiree on Complaint | $ 500.00 | $ 50.00 | Brian Flick |
| 2/9/2021 | 0.4 | L190 Other Case Assessment, Development and Administration | James Furth call to review complaint - damages will be lifelock, did not get notice | $ 500.00 | $ 200.00 | Brian Flick |
| 2/9/2021 | 0.6 | L190 Other Case Assessment, Development and Administration | Call with James Furth on Class Action Complaint; reviewed his email and made revisions | $ 500.00 | $ 300.00 | Brian Flick |
| 2/11/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email to Desiree on Complaint | $ 500.00 | $ 50.00 | Brian Flick |
| 2/16/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email to Desiree re: Complaint | $ 500.00 | $ 50.00 | Brian Flick |
| 2/19/2021 | 1 | L190 Other Case Assessment, Development and Administration | Conf call with Desiree.  Revised Complaint; email to Tom, Matt and Marc | $ 500.00 | $ 500.00 | Brian Flick |
| 2/19/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Emails with Tom and Marc re: edits | $ 500.00 | $ 50.00 | Brian Flick |
| 2/19/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | Review Toms edits and email to Mitch | $ 500.00 | $ 100.00 | Brian Flick |
| 2/22/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | Review revised complaint notes from Mitch | $ 500.00 | $ 100.00 | Brian Flick |
| 2/23/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | Review email from Heather re: Ipsy.com issues; research site and TOS; email back | $ 500.00 | $ 150.00 | Brian Flick |

| Date | Hours | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|
| 2/23/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | Review MED revisions to complaint | $ 500.00 | $ 100.00 | Brian Flick |
| 3/1/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Review updated damages from client | $ 500.00 | $ 50.00 | Brian Flick |
| 3/8/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email with Marc and Tom on complaint | $ 500.00 | $ 50.00 | Brian Flick |
| 4/7/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email with MED on complaint | $ 500.00 | $ 50.00 | Brian Flick |
| 4/8/2021 | 0.4 | L210 Pleadings | Reviewed filed complaint, summons and CMC order; update tasks and calendar; email to Mitch | $ 500.00 | $ 200.00 | Brian Flick |
| 5/7/2021 | 0.3 | L210 Pleadings | Messages with Kim on Removal; reviewed pleadings | $ 500.00 | $ 150.00 | Brian Flick |
| 5/7/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | Review MED PHV and Local Rules with Kim | $ 500.00 | $ 100.00 | Brian Flick |
| 5/7/2021 | 0.4 | L190 Other Case Assessment, Development and Administration | Work with Kim on PHV, Local Rules | $ 500.00 | $ 200.00 | Brian Flick |
| 5/11/2021 | 0.1 | L210 Pleadings | Review Order granting PHV and Declination of Magistrate Jurisdiction; update Manage | $ 500.00 | $ 50.00 | Brian Flick |
| 5/13/2021 | 0.5 | L210 Pleadings | Review Motion to Dismiss filed by SN; email to Kim for Notice of Appearance; marked deadlines on whiteboard | $ 500.00 | $ 250.00 | Brian Flick |
| 5/14/2021 | 0.3 | L210 Pleadings | Review Notice of Assignment of Judge and Notice of MTD Hearing, calendar; brief review of procedures | $ 500.00 | $ 150.00 | Brian Flick |
| 5/14/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Emails with MED re: MTD | $ 500.00 | $ 50.00 | Brian Flick |
| 5/17/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Review hearing order and emails re: Stipulations | $ 500.00 | $ 50.00 | Brian Flick |
| 5/27/2021 | 0.7 | L190 Other Case Assessment, Development and Administration | Call with Matt, Tom, Dave and Dan on Complaint | $ 500.00 | $ 350.00 | Brian Flick |
| 5/31/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | Review draft response to MTD; save to drive; email to MED | $ 500.00 | $ 150.00 | Brian Flick |
| 6/1/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Review revisions to MTD response; emal with MED | $ 500.00 | $ 50.00 | Brian Flick |

| Date | Hours | Task Code | Description | | Rate | | Amount | | Timekeeper |
|---|---|---|---|---|---|---|---|---|---|
| 6/1/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | Review final revisions to MTD Response | | $ | 500.00 | $ | 100.00 | Brian Flick |
| 6/25/2021 | 0.2 | L210 Pleadings | Review reply in support | | $ | 500.00 | $ | 100.00 | Brian Flick |
| 7/8/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Emails with MED on MTD hearing | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 7/26/2021 | 0.1 | L390 Other Discovery | Review revised notice and save to Drive | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/6/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email from MED on CMC | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/9/2021 | 0.3 | L210 Pleadings | Review Order Denying/Granting Leave to Amend | | $ | 500.00 | $ | 150.00 | Brian Flick |
| 8/10/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email re: 26(f) | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/11/2021 | 0.1 | L210 Pleadings | Review competing CMC orders | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/29/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Review data breach notices to Schmitt and Furth | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/30/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email on extension | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 8/30/2021 | 0.1 | L390 Other Discovery | Email with MED/Tom/Mitch on amended complaint | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 9/30/2021 | 0.1 | L160 Settlement/Non-Binding ADR | Relayed OOJ to Desiree; email to Tom and Marc for OOJ | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 10/1/2021 | 0.1 | L160 Settlement/Non-Binding ADR | Email from MED re: confirm acceptance of OOJ | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 10/1/2021 | 0.1 | L160 Settlement/Non-Binding ADR | Email re Rule 68 OOJ | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 10/21/2021 | 0.2 | L390 Other Discovery | Initial review of production | | $ | 500.00 | $ | 100.00 | Brian Flick |
| 11/13/2021 | 0.3 | L210 Pleadings | Review Order Granting in Part and Denying in Part MTD; emails with Tom and Marc | | $ | 500.00 | $ | 150.00 | Brian Flick |
| 11/16/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Initial review of FAC | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 12/21/2021 | 0.1 | L190 Other Case Assessment, Development and Administration | Email from MED re: mediator selection | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 1/3/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email with MED on mediation conf | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 1/5/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email with MED re: executed agreement | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 1/6/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email with MBS/MED on invoice | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 1/18/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email re: invoices | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 1/19/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Emails re: payment of settlement funds | | $ | 500.00 | $ | 50.00 | Brian Flick |
| 2/2/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email with Tom and MED on status of settlement statement | | $ | 500.00 | $ | 50.00 | Brian Flick |

| Date | Hours | Task Code | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 2/2/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email from MED to OC with production | $ 500.00 | $ 50.00 | Brian Flick |
| 2/4/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email from Tom to OC re: deficient production | $ 500.00 | $ 50.00 | Brian Flick |
| 2/9/2022 | 0.2 | L160 Settlement/Non-Binding ADR | Initial Review of Mediation Memo | $ 500.00 | $ 100.00 | Brian Flick |
| 2/10/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Review brief | $ 500.00 | $ 50.00 | Brian Flick |
| 2/16/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Review email from OC on settlement memo | $ 500.00 | $ 50.00 | Brian Flick |
| 2/17/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Emails with MED, Dan and Javi on proposed term sheet | $ 500.00 | $ 50.00 | Brian Flick |
| 2/18/2022 | 0.4 | L190 Other Case Assessment, Development and Administration | NOT BILLABLE TO TIME Review time sheets and records; email to MED | $ 500.00 | $ 200.00 | Brian Flick |
| 4/26/2022 | 0.3 | L160 Settlement/Non-Binding ADR | Review Class Action Notice Drafts and SAR; email to Kim | $ 500.00 | $ 150.00 | Brian Flick |
| 4/28/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email with MED and Tom on class/pbs size | $ 500.00 | $ 50.00 | Brian Flick |
| 5/2/2022 | 0.1 | L190 Other Case Assessment, Development and Administration | Email from OC approving Status Report | $ 500.00 | $ 50.00 | Brian Flick |
| 5/6/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Review latest versions of term sheet and SAR | $ 500.00 | $ 50.00 | Brian Flick |
| 6/2/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Email on SAR | $ 500.00 | $ 50.00 | Brian Flick |
| 6/14/2022 | 0.3 | L190 Other Case Assessment, Development and Administration | Review and revise Motion for Prelim Approval; email to Tom | $ 500.00 | $ 150.00 | Brian Flick |
| 6/15/2022 | 0.1 | L260 Class Action Certification and Notice | Review time for Prelim Approval | $ 500.00 | $ 50.00 | Brian Flick |
| 8/2/2022 | 0.2 | L190 Other Case Assessment, Development and Administration | Emails with MED on revisions to declaration | $ 500.00 | $ 100.00 | Brian Flick |
| 5/27/2021 | 0.8 | L120 Analysis/Strategy | conference call with co-counsel to discuss claims/complaint and strategy on filing | $ 400.00 | $ 320.00 | Daniel Solar |
| 3/23/2021 | 1.5 | L190 Other Case Assessment, Development and Administration | Reviewed correspondence from MED forwarding time stamped copies of Complaint, civil cover and summons filed in SF Superior Court. Created litigation folders in clients drive and updated with time stamped copies. MED forward further correspondence in regards to co-counsel requiring information for MED's Pro Hac Vice application to be filed in SF Superior Court and I compiled all information necessary and emailed co-counsel MED's information. | $ 200.00 | $ 300.00 | Edward Juhn |

| Date | Hours | Activity Code | Description | Rate | | Amount | | Timekeeper |
|---|---|---|---|---|---|---|---|---|
| 4/8/2021 | 1 | L190 Other Case Assessment, Development and Administration | Reviewed correspondence from BF and MED in regards to obtaining time stamped complaint. Reviewed San Francisco Superior courts register of actions and downloaded all documents filed in this matter. Updated clients litigation folders in drive and populated with time stamped copies and drafts. Emailed BF and MED copy of filed complaint. | $ | 200.00 | $ | 200.00 | Edward Juhn |
| 5/5/2021 | 0.3 | A110 Manage data/files | Docket review; download and re-name 13 missing pleadings from docketbird to client file in drive | $ | 200.00 | $ | 60.00 | Kimberly White |
| 5/7/2021 | 0.4 | A103 Draft/revise | Draft Pro Hac Vice Motion of Marc Dann | $ | 200.00 | $ | 80.00 | Kimberly White |
| 5/7/2021 | 0.5 | L140 Document/File Management | Register for ECF Filing in Northern District of California; File Pro Hac Vice Motion for Marc Dann | $ | 200.00 | $ | 100.00 | Kimberly White |
| 5/7/2021 | 0.2 | A103 Draft/revise | Draft coverletter to Magistrate Judge Westmore enclosing Chamber Copies of electronic filing of Pro Hac Vice Motion | $ | 200.00 | $ | 40.00 | Kimberly White |
| 5/14/2021 | 0.3 | A110 Manage data/files | Review Defendants' Motion to Dismiss filed on 5/12/21 and docket response date | $ | 200.00 | $ | 60.00 | Kimberly White |
| 5/20/2021 | 0.2 | | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 5/21/2021 | 0.4 | L140 Document/File Management | Update changes to hearing on Motion to Dismiss and subsequent changes to deadlines per ECF #20 Stipulation for Extension | $ | 200.00 | $ | 80.00 | Kimberly White |
| 5/24/2021 | 0.3 | A110 Manage data/files | Docket review; download 13 pleadings from docketbird and add to client file in drive | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/1/2021 | 0.6 | | Review and revisions of Opposition to Motion to Dismiss; add page numbers and note pages of cites and case law | $ | 200.00 | $ | 120.00 | Kimberly White |
| 6/1/2021 | 0.3 | L210 Pleadings | Final review and efiling of Opposition to Motion to Dismiss | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/11/2021 | 0.2 | DLF Docket Review | Docket review; upload latest pleading from docketbird to client drive file (ECF# 22) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 6/25/2021 | 0.2 | A110 Manage data/files | Receipt and review of SN's Reply in Support of MTD (ECF #23); upload to client drive file | $ | 200.00 | $ | 40.00 | Kimberly White |
| 7/7/2021 | 0.2 | L140 Document/File Management | Confirm Zoom link provided for Marc's Motion Hearing today | $ | 200.00 | $ | 40.00 | Kimberly White |
| 7/9/2021 | 0.4 | L140 Document/File Management | Receipt and review of Minutes of Proceedings (July 7, 2021) upload to client drive file (ECF #25) Re-organize pleadings in wrong folder | $ | 200.00 | $ | 80.00 | Kimberly White |
| 7/9/2021 | 0.1 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 20.00 | Kimberly White |
| 7/28/2021 | 1 | DLF Docket Review | Receipt and upload of ADR Certification of Parties and Counsel (ECF #26) | $ | 200.00 | $ | 200.00 | Kimberly White |
| 8/6/2021 | 0.1 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 20.00 | Kimberly White |
| 8/12/2021 | 0.4 | | Receipt and upload of Parties Case Management Statement and Attorney Appearance of Marc Dann and also Crystal Lopez (ECF # 28, 29 , 30 & 31); Add new counsel to related contacts | $ | 200.00 | $ | 80.00 | Kimberly White |
| 8/23/2021 | 0.1 | DLF Docket Review | Receipt and upload of Minutes of Proceedings of 8/17 Conference (ECF# 33) | $ | 200.00 | $ | 20.00 | Kimberly White |
| 9/3/2021 | 0.2 | DLF Docket Review | Receipt and upload of First Amended Class Action Complaint (ECF# 34) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 9/3/2021 | 0.1 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 20.00 | Kimberly White |

| Date | Hours | Task Code | Description | Rate | | Amount | | Timekeeper |
|---|---|---|---|---|---|---|---|---|
| 9/15/2021 | 0.3 | DLF Docket Review | Receipt and upload of Motion to Dismiss FAC and Proposed Order (ECF#35); docket dates for Motion Hearing, responses and replies | $ | 200.00 | $ | 60.00 | Kimberly White |
| 9/23/2021 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 9/27/2021 | 0.2 | DLF Docket Review | Receipt and upload of Plntfs BIO to MTD (ECF # 36) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 10/5/2021 | 0.2 | DLF Docket Review | Receipt and upload of Defts Reply in Support of Motion to Dismiss FAC (ECF # 37) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 10/15/2021 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 11/3/2021 | 0.2 | DLF Docket Review | Receipt and review of Clerk's Notice of Zoom Hearing; retrieve zoom link from court/judge's website; add to event in clio | $ | 200.00 | $ | 40.00 | Kimberly White |
| 11/4/2021 | 0.2 | DLF Docket Review | Receipt, review and upload of Minutes of Proceedings 11/3/21 (ECF# 39) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 11/5/2021 | 0.1 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 20.00 | Kimberly White |
| 11/15/2021 | 0.2 | DLF Docket Review | Receipt and upload of Order Granting in Part and Denying in Part MTD (ECF# 40) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 11/23/2021 | 0.2 | DLF Docket Review | Receipt and upload of Second Amended Class Action Complaint (ECF# 41) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 11/29/2021 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 12/6/2021 | 0.2 | DLF Docket Review | Receipt and upload of Stipulation for Extension to Respond to Plntf's Second Amended Complaint and Proposed Order  (ECF# 42) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 12/6/2021 | 0.3 | DLF Docket Review | Receipt, review and upload of Order Granting Stipulation for Extension for Deft to Respond to Second Amended Complaint (ECF# 43) | $ | 200.00 | $ | 60.00 | Kimberly White |
| 12/10/2021 | 0.3 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 60.00 | Kimberly White |
| 1/5/2022 | 0.1 | L160 Settlement/Non-Binding ADR | Receipt and review of invitation for settlement conference on 2/17/22 at 1: p.m. (EST) | $ | 200.00 | $ | 20.00 | Kimberly White |
| 1/5/2022 | 0.2 | L140 Document/File Management | Receipt and upload of executed Mediation Services Agreement from Marc | $ | 200.00 | $ | 40.00 | Kimberly White |
| 1/6/2022 | 0.3 | A110 Manage data/files | Receipt and review of Scheduled Session Notice forwarded from Marc; docket all dates contained | $ | 200.00 | $ | 60.00 | Kimberly White |
| 1/7/2022 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 2/4/2022 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 2/18/2022 | 0.8 | A103 Draft/revise | Draft Spreadsheet of DLF Fees per Marc's request; forward link containing drafts to him for review | $ | 200.00 | $ | 160.00 | Kimberly White |
| 2/28/2022 | 0.2 | DLF Docket Review | Receipt, review and upload of Joint Notice of Settlement (ECF# 44) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 3/2/2022 | 0.2 | DLF Docket Review | Receipt and review Clerk's Notice of Setting Zoom Hearing / CMC set for 5/10/22; (ECF# 45 / non-document); docket date of CMC | $ | 200.00 | $ | 40.00 | Kimberly White |
| 3/11/2022 | 0.3 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 60.00 | Kimberly White |
| 4/28/2022 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 5/3/2022 | 0.2 | DLF Docket Review | Receipt and upload of Joint Case Management Statement and Proposed Order (ECF# 46) | $ | 200.00 | $ | 40.00 | Kimberly White |
| 5/4/2022 | 0.2 | DLF Docket Review | Receipt and review of Clerk's Notice Resetting CMC (ECF# 47); adjust date | $ | 200.00 | $ | 40.00 | Kimberly White |
| 5/6/2022 | 0.3 | L140 Document/File Management | Receipt, rename and upload clean versions of settlement templates forwarded from MED | $ | 200.00 | $ | 60.00 | Kimberly White |
| 5/19/2022 | 0.2 | DLF Docket Review | Docket review every 21 days | $ | 200.00 | $ | 40.00 | Kimberly White |

| Date | Hours | Task | Description | Rate | | Amount | | Attorney |
|---|---|---|---|---|---|---|---|---|
| 5/25/2022 | 0.3 | DLF Docket Review | Receipt and upload of Notice of Change of Firm Address of OC Mintz office (ECF# 48); change address for all counsel contacts | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/2/2022 | 0.3 | L140 Document/File Management | Receipt and upload, rename of Final settlement documents per email from Marc | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/9/2022 | 0.1 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 20.00 | Kimberly White |
| 6/9/2022 | 0.3 | A106 Communicate (with client) | T/C with Desiree re: issues signing SAR | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/14/2022 | 0.2 | L140 Document/File Management | Receipt and upload of plntf parties executed settlement agreement | $ | 200.00 | $ | 40.00 | Kimberly White |
| 6/15/2022 | 0.8 | L140 Document/File Management | Draft Fee Spreadsheet | $ | 200.00 | $ | 160.00 | Kimberly White |
| 6/20/2022 | 0.3 | DLF Docket Review | Receipt, upload, combine, rename Plntfs Notice of and Motion for Prelim Approval of Class and Declaration in Support of Zimmerman with all attachments (ECF# 49 & 50) | $ | 200.00 | $ | 60.00 | Kimberly White |
| 6/22/2022 | 0.2 | DLF Docket Review | Receipt and review Clerk's Notice Resetting Motion Hearing (ECF # 51 non-doc) add to calendar | $ | 200.00 | $ | 40.00 | Kimberly White |
| 7/1/2022 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 7/11/2022 | 0.4 | DLF Docket Review | Review docket; upload Minute Entry and Order Granting Unopposed Motion for Approval of Class Settlement (ECF# 52 & 53) | $ | 200.00 | $ | 80.00 | Kimberly White |
| 7/12/2022 | 0.2 | DLF Docket Review | Receipt, review, rename and upload Notice of Withdrawal of Attorney Prescott (ECF# 54); adjust related contacts | $ | 200.00 | $ | 40.00 | Kimberly White |
| 7/22/2022 | 0.2 | DLF Docket Review | Docket review every 28 days | $ | 200.00 | $ | 40.00 | Kimberly White |
| 8/1/2022 | 0.2 | L140 Document/File Management | Receipt, rename and upload of Fee Petition | $ | 200.00 | $ | 40.00 | Kimberly White |
| 8/2/2022 | 0.5 | A103 Draft/revise | Draft MED declaration for fees per Zimmerman's example; upload to drive and forward to Marc/Brian for review | $ | 200.00 | $ | 100.00 | Kimberly White |
| 1/26/2021 | 2.8 | L110 Fact Investigation/Development | Interview potential clients Furth and Schmitt; | $ | 725.00 | $ | 2,030.00 | Marc Dann |
| 2/5/2021 | 1.8 | A103 Draft/revise | complaint | $ | 725.00 | $ | 1,305.00 | Marc Dann |
| 2/19/2021 | 0.3 | A107 Communicate (other outside counsel) | Mitch Cheyette regarding local counsel | $ | 725.00 | $ | 217.50 | Marc Dann |
| 2/21/2021 | 0.2 | A106 Communicate (with client) | regarding damages. | $ | 725.00 | $ | 145.00 | Marc Dann |
| 2/21/2021 | 0.5 | A103 Draft/revise | complaint | $ | 725.00 | $ | 362.50 | Marc Dann |
| 2/23/2021 | 1.3 | A103 Draft/revise | complaint | $ | 725.00 | $ | 942.50 | Marc Dann |
| 3/9/2021 | 0.3 | A107 Communicate (other outside counsel) | co counsel. | $ | 725.00 | $ | 217.50 | Marc Dann |
| 3/23/2021 | 0.5 | L190 Other Case Assessment, Development and Administration | work on pro haec application | $ | 725.00 | $ | 362.50 | Marc Dann |
| 4/2/2021 | 0.4 | L210 Pleadings | revise pro haec motion | $ | 725.00 | $ | 290.00 | Marc Dann |
| 4/8/2021 | 0.2 | A105 Communicate (in firm) | regarding service and pro haec | $ | 725.00 | $ | 145.00 | Marc Dann |
| 4/12/2021 | 0.2 | A107 Communicate (other outside counsel) | co-counsel on pro haec | $ | 725.00 | $ | 145.00 | Marc Dann |
| 4/21/2021 | 0.4 | L230 Court Mandated Conferences | Hearing on Pro Haec | $ | 725.00 | $ | 290.00 | Marc Dann |
| 5/12/2021 | 1.1 | L210 Pleadings | motion to dismiss | $ | 725.00 | $ | 797.50 | Marc Dann |
| 5/14/2021 | 0.2 | A107 Communicate (other outside counsel) | Counsel for Defendants | $ | 725.00 | $ | 145.00 | Marc Dann |

| Date | Hours | Task | Description | Rate | | Amount | | Attorney |
|---|---|---|---|---|---|---|---|---|
| 5/14/2021 | 0.3 | L190 Other Case Assessment, Development and Administration | call with opposing counsel regarding deadlines. | $ | 725.00 | $ | 217.50 | Marc Dann |
| 5/17/2021 | 0.3 | A107 Communicate (other outside counsel) | email to cocounsel regarding deadlines. | $ | 725.00 | $ | 217.50 | Marc Dann |
| 5/20/2021 | 0.2 | L210 Pleadings | revise extension | $ | 725.00 | $ | 145.00 | Marc Dann |
| 5/31/2021 | 0.9 | L210 Pleadings | revise opposition to Motion to Dismiss | $ | 725.00 | $ | 652.50 | Marc Dann |
| 6/1/2021 | 0.4 | L210 Pleadings | revise opposition to MTD | $ | 725.00 | $ | 290.00 | Marc Dann |
| 6/23/2021 | 0.7 | L210 Pleadings | reply brief. | $ | 725.00 | $ | 507.50 | Marc Dann |
| 7/7/2021 | 0.9 | A102 Research | regarding motion to dismiss | $ | 725.00 | $ | 652.50 | Marc Dann |
| 7/7/2021 | 1.2 | L230 Court Mandated Conferences | | $ | 725.00 | $ | 870.00 | Marc Dann |
| 7/8/2021 | 0.5 | L210 Pleadings | revised complaint | $ | 725.00 | $ | 362.50 | Marc Dann |
| 7/26/2021 | 0.4 | L110 Fact Investigation/Development | review new data breach letter. | $ | 725.00 | $ | 290.00 | Marc Dann |
| 7/26/2021 | 0.2 | A106 Communicate (with client) | regarding updated data breach letter | $ | 725.00 | $ | 145.00 | Marc Dann |
| 8/2/2021 | 0.2 | A107 Communicate (other outside counsel) | opposing counsel | $ | 725.00 | $ | 145.00 | Marc Dann |
| 8/8/2021 | 0.2 | L190 Other Case Assessment, Development and Administration | communicate with opposing counsel | $ | 725.00 | $ | 145.00 | Marc Dann |
| 8/17/2021 | 0.5 | L110 Fact Investigation/Development | review affidavit | $ | 725.00 | $ | 362.50 | Marc Dann |
| 8/17/2021 | 0.6 | L230 Court Mandated Conferences | CMC | $ | 725.00 | $ | 435.00 | Marc Dann |
| 8/19/2021 | 0.5 | A106 Communicate (with client) | regarding amended complaint | $ | 725.00 | $ | 362.50 | Marc Dann |
| 8/19/2021 | 0.3 | A107 Communicate (other outside counsel) | co-counsel regarding amended complaint | $ | 725.00 | $ | 217.50 | Marc Dann |
| 8/19/2021 | 0.8 | L210 Pleadings | revise amended complaint | $ | 725.00 | $ | 580.00 | Marc Dann |
| 8/27/2021 | 1.4 | L210 Pleadings | revise amended complaint. | $ | 725.00 | $ | 1,015.00 | Marc Dann |
| 8/28/2021 | 0.4 | L110 Fact Investigation/Development | review documents. | $ | 725.00 | $ | 290.00 | Marc Dann |
| 9/9/2021 | 0.2 | A108 Communicate (other external) | opposing counsel | $ | 725.00 | $ | 145.00 | Marc Dann |
| 9/14/2021 | 1.1 | L210 Pleadings | Motion to dismiss. | $ | 725.00 | $ | 797.50 | Marc Dann |
| 9/23/2021 | 0.4 | L190 Other Case Assessment, Development and Administration | review and analyze rule 68 offer | $ | 725.00 | $ | 290.00 | Marc Dann |
| 9/27/2021 | 1.5 | L210 Pleadings | revise opposition to mtd. | $ | 725.00 | $ | 1,087.50 | Marc Dann |
| 9/27/2021 | 0.2 | A106 Communicate (with client) | regarding offer of judgment. | $ | 725.00 | $ | 145.00 | Marc Dann |
| 10/1/2021 | 0.5 | A106 Communicate (with client) | regarding offer of judgment | $ | 725.00 | $ | 362.50 | Marc Dann |
| 10/4/2021 | 0.9 | L210 Pleadings | reply brief. | $ | 725.00 | $ | 652.50 | Marc Dann |
| 11/15/2021 | 0.9 | L210 Pleadings | Order on Motion to dismiss. | $ | 725.00 | $ | 652.50 | Marc Dann |
| 11/16/2021 | 1 | L210 Pleadings | revise second amended complaint | $ | 725.00 | $ | 725.00 | Marc Dann |
| 11/21/2021 | 0.2 | A107 Communicate (other outside counsel) | regarding coordination on settlement | $ | 725.00 | $ | 145.00 | Marc Dann |
| 11/30/2021 | 0.3 | A107 Communicate (other outside counsel) | Chrystal Lopez regarding mediation | $ | 725.00 | $ | 217.50 | Marc Dann |
| 12/1/2021 | 0.3 | A107 Communicate (other outside counsel) | Chrystal Lopez regarding mediation | $ | 725.00 | $ | 217.50 | Marc Dann |

| Date | Hours | Task | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 12/4/2021 | 0.3 | A107 Communicate (other outside counsel) | regarding stay and mediation | $ 725.00 | $ 217.50 | Marc Dann |
| 12/20/2021 | 0.5 | L160 Settlement/Non-Binding ADR | review qualifications of potential mediators. | $ 725.00 | $ 362.50 | Marc Dann |
| 12/21/2021 | 0.4 | L160 Settlement/Non-Binding ADR | research and communication with opposing counsel regarding mediator. | $ 725.00 | $ 290.00 | Marc Dann |
| 1/3/2022 | 0.3 | L160 Settlement/Non-Binding ADR | communicate with opposing counsel and co-counsel regarding scheduling of medation. | $ 725.00 | $ 217.50 | Marc Dann |
| 1/4/2022 | 0.8 | L160 Settlement/Non-Binding ADR | Phone call with client regarding settlement | $ 725.00 | $ 580.00 | Marc Dann |
| 1/5/2022 | 0.4 | L160 Settlement/Non-Binding ADR | coordinate scheduling of mediation | $ 725.00 | $ 290.00 | Marc Dann |
| 1/21/2022 | 0.4 | A106 Communicate (with client) | regarding informal Discovery | $ 725.00 | $ 290.00 | Marc Dann |
| 1/21/2022 | 0.4 | A107 Communicate (other outside counsel) | regarding informal Discovery | $ 725.00 | $ 290.00 | Marc Dann |
| 2/2/2022 | 0.3 | L190 Other Case Assessment, Development and Administration | follow up on Class related discovery | $ 725.00 | $ 217.50 | Marc Dann |
| 2/9/2022 | 1.2 | L160 Settlement/Non-Binding ADR | revise mediation memo | $ 725.00 | $ 870.00 | Marc Dann |
| 2/17/2022 | 8 | L160 Settlement/Non-Binding ADR | mediation | $ 725.00 | $ 5,800.00 | Marc Dann |
| 3/1/2022 | 0.2 | L210 Pleadings | minute order | $ 725.00 | $ 145.00 | Marc Dann |
| 3/15/2022 | 0.8 | L210 Pleadings | draft status report | $ 725.00 | $ 580.00 | Marc Dann |
| 3/25/2022 | 1.3 | L190 Other Case Assessment, Development and Administration | revise settlement agreement. | $ 725.00 | $ 942.50 | Marc Dann |
| 4/3/2022 | 0.5 | L190 Other Case Assessment, Development and Administration | revise and review settlement  agreement and timeline. Communicate with client | $ 725.00 | $ 362.50 | Marc Dann |
| 4/26/2022 | 1.7 | A103 Draft/revise | Revise settlement agreement. | $ 725.00 | $ 1,232.50 | Marc Dann |
| 4/26/2022 | 0.4 | A103 Draft/revise | Claim form | $ 725.00 | $ 290.00 | Marc Dann |
| 4/26/2022 | 0.7 | A103 Draft/revise | long form notice | $ 725.00 | $ 507.50 | Marc Dann |
| 4/26/2022 | 0.5 | A103 Draft/revise | Summary notice | $ 725.00 | $ 362.50 | Marc Dann |
| 4/26/2022 | 0.5 | A103 Draft/revise | Post card notice | $ 725.00 | $ 362.50 | Marc Dann |
| 4/26/2022 | 0.5 | A103 Draft/revise | preliminary approval motion | $ 725.00 | $ 362.50 | Marc Dann |
| 4/26/2022 | 0.5 | A103 Draft/revise | final approval motion | $ 725.00 | $ 362.50 | Marc Dann |
| 4/28/2022 | 0.4 | L190 Other Case Assessment, Development and Administration | review changes to notice documents  and communicate with co-counsel and opposing counsel regarding motion for preliminary approval. | $ 725.00 | $ 290.00 | Marc Dann |
| 6/2/2022 | 0.8 | L190 Other Case Assessment, Development and Administration | review and revise final settlement documents. | $ 725.00 | $ 580.00 | Marc Dann |
| 6/2/2022 | 0.3 | A106 Communicate (with client) | regarding signing settlement agreement | $ 725.00 | $ 217.50 | Marc Dann |
| 6/8/2022 | 0.8 | A106 Communicate (with client) | review settlement agreement | $ 725.00 | $ 580.00 | Marc Dann |
| 6/8/2022 | 0.3 | L190 Other Case Assessment, Development and Administration | coordinate on settlement agreement signing. | $ 725.00 | $ 217.50 | Marc Dann |
| 6/14/2022 | 0.2 | A106 Communicate (with client) | regarding esigning settlement | $ 725.00 | $ 145.00 | Marc Dann |
| 6/21/2022 | 0.5 | L210 Pleadings | orders from the court. | $ 725.00 | $ 362.50 | Marc Dann |

| 6/24/2022 | 0.3 | A107 Communicate (other outside counsel) | regarding filing. | $ | 725.00 | $ | 217.50 | Marc Dann |
|---|---|---|---|---|---|---|---|---|
| 7/4/2022 | 1.3 | L190 Other Case Assessment, Development and Administration | prepare for preliminary approval payment. | $ | 725.00 | $ | 942.50 | Marc Dann |
| 7/6/2022 | 1.4 | L190 Other Case Assessment, Development and Administration | prepare for Preliminary Approval Hearing | $ | 725.00 | $ | 1,015.00 | Marc Dann |
| 7/6/2022 | 0.4 | L230 Court Mandated Conferences | Preliminary Approval hearing. | $ | 725.00 | $ | 290.00 | Marc Dann |
| 8/1/2022 | 0.5 | L210 Pleadings | Revise fee petition. | $ | 725.00 | $ | 362.50 | Marc Dann |
| 10/1/2021 | 0.2 | A104 Review/analyze | review memo on ooj | $ | 400.00 | $ | 80.00 | Michael Smith |
| 10/4/2021 | 0.2 | A105 Communicate (in firm) | Re: SN Servicing Complaint/Desiree Schmitt | $ | 400.00 | $ | 80.00 | Michael Smith |
| | | | | | | | | |
| | | | | | | | | |
| | 91.00 | Total Hours | | | | $ | 52,130.00 | Total Fees |

| Type | Date | Description | Rate ($) | User | Expense category | Vendor | Reference |
|------|------|-------------|----------|------|------------------|--------|-----------|
| SoftCostEntry | 5/7/2021 | postage - Magistrate Judge Kandis Westmore - Chambers Copy | $ 0.51 | Ashley Wilk | E108 Postage | | |
| HardCostEntry | 5/7/2021 | Pro Hac Vice motions | $ 634.00 | Mary Beth Snyder | E112 Court fees | | Citicard |
| HardCostEntry | 1/20/2022 | Oct-Dec 2021 PACER charges | $ 10.30 | Amanda Severt | E124 Other | PACER | DLF AmEx |
| HardCostEntry | 1/20/2022 | Inv #551988 for Case Management Fee & Mediation services | $ 2,325.00 | Mary Beth Snyder | E121 Arbitrators/mediators | Judicate West | DLF KB Op Debit |
| HardCostEntry | 4/5/2022 | January 2022 PACER charges | $ 1.40 | Amanda Severt | E124 Other | PACER | DLF AmEx |
| HardCostEntry | 6/16/2022 | 02/2022 Pacer Charges | $ 1.30 | Lynn Kilbane | E124 Other | PACER | |
| HardCostEntry | 6/20/2022 | 03/04/2022 Pacer Charges | $ 3.10 | Lynn Kilbane | E124 Other | PACER | |
| HardCostEntry | 7/13/2022 | May/June 2022 Pacer Charges | $ 12.70 | Lynn Kilbane | E124 Other | PACER | |
| | | | | | | | DLF Am Ex |
| | | | $ 2,988.31 | TOTAL EXPENSES | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# LAFFEY MATRIX

History

Case Law

**See the Matrix**

Contact us

Home

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/21- 5/31/22 | 1.006053 | $208 | $381 | $468 | $676 | $764 | $919 |
| 6/01/20- 5/31/21 | 1.015894 | $206 | $378 | $465 | $672 | $759 | $914 |
| 6/01/19- 5/31/20 | 1.0049 | $203 | $372 | $458 | $661 | $747 | $899 |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |

    **EXHIBIT C**    

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g.,DL v. District of Columbia, 267 F.Supp.3d 55, 69 (D.D.C. 2017)

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.