1  MITCHELL CHYETTE [113087]
   Law Office of Mitchell Chyette
2  125 12th Street
   Suite 100-BALI
3  Oakland, CA 94607
   Telephone: (510) 388-3748
4  Email: mitch@chyettelaw.com
   Attorney for Desiree Schmitt

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO/OAKLAND DIVISION

10

11  DESIREE SCHMITT, individually and on      Case No. 3:21-CV-O3355-WHO
    behalf of all others similarly situated,
12                                            DECLARATION OF MITCHELL
                  Plaintiffs,                 CHYETTE IN SUPPORT OF
13                                            PLAINTIFF'S MOTION FOR
             vs                               ATTORNEYS' FEES AND COSTS,
14                                            AND SERVICE AWARD
    SN SERVICING CORP.,
15                                            Complaint Filed: March 12, 2021
                  Defendant.                  Trial Date: None set
16

17

18

19

20

21

22

23

24

25

Mitchell Chyette declares:

1.     I am a member of the State Bar of California. I represent the plaintiff and I am one of the proposed Class Counsel for the proposed Settlement Class in this matter. This declaration is based on my personal knowledge.

## BACKGROUND AND EXPERIENCE

2.     My resume is attached as Exhibit A.

3.     I graduated from the University of Michigan Law School in 1979 in the top third of my class. I was an editor of the U. of M. Journal of Law Reform, published an article in that journal, and assisted Professor Yale Kamisar in the publication of two of his many articles. After law school, I was hired as clerk for Justice Talbot Smith on the Eighth Circuit Court of Appeals.

4.     I am admitted to practice in all of the state and federal courts in California.

5.     In my 40+ years since then, I have worked at several nationally prominent law firms and appeared in cases in federal and state courts. I have worked on a number of class actions and proto-class actions. Including, for instance,

- *Shierkatz RLLP v. Square, Inc.* N.D. Cal., Case No. 3:15 cv-02202 JST;

- *White v Square, Inc., N.D. Cal., Case No. 3:15-cv-04539 JST;*

- *Goldberg v. Stephens Institute, N.D. Cal. Case No. 4:16-cv-02613 JWS;*

- *Vasquez v Royal Automotive Group, et al. S.F. Sup. Ct. Case No. CGC-15-548359;*

1

DECLARATION OF MITCHELL CHYETTE IN SUPPORT OF PLAINTIFF'S MOTION
FOR ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD
*Schmitt v. SN Servicing Corp.,*
Case No. 3:21-CV-O3355-WHO

- *Keen v. JPMorgan Chase Bank, N.A.*, N.D. Cal. Case No. 15-cv-01806-WHO.

6.      My practice involves representing individuals and businesses in commercial litigation. I have experience in a broad range of substantive litigation issues such as real estate, toxic torts, civil rights, bankruptcy, insurance coverage, etc. I have handled numerous trials and appeals.

7.      I was a member of the Alameda County Bar Association Board of Directors and chair of several ACBA committees. I was a curriculum developer for www.ConsumerBankruptcyCounsellingProtection.com, a Tides Foundation project that helped consumers seek debt protection through the bankruptcy laws.

## LODESTAR

8.      My lodestar amount for this case is $28,840.00.

9.      I worked 72.1 hours on this case. An itemized list of time entries is attached as Exhibit B. I use Smokeball, a well-established practice management software that tracks my time. I believe the time tracking to be an accurate reflection of the time spent on the work described. The time spent on this case was necessary and reasonable.

10.      Mr. Zimmerman has been the lead counsel for the plaintiffs throughout. I began as the "local counsel" for this action. I arranged to have this case filed in San Francisco and later monitored its removal to this court. I assisted in drafting the complaint and plaintiff's briefs, and I attended several hearings to remain knowledgeable about the status of the case.

11.     My "lodestar" rate is $400.00 per hour. Having been in practice for over 40 years, I am familiar with the market rates of attorneys in my geographic and practice areas. Based on my information and belief, I believe $400 per hour for an attorney with my background and experience is below the going market rate. This rate is readily supported by the Adjusted Laffey Matrix. *See* Declaration of Thomas A. Zimmerman Jr. in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and Service Award, filed contemporaneously, at Exhibit C.

## EXPENSES

12.     My firm incurred expenses of $1,687.50. It was the filing fee for filing this action in the San Francisco Superior Court, including the cost of the electronic filing service.

## RISKS INVOLVED

13.     I undertook this case along with Messrs. Zimmerman and Dann with the understanding that the plaintiff might recover nothing, leaving me uncompensated. I have not been compensated for any time spent or expenses incurred representing the plaintiff or the class members. I refer the reader to Mr. Zimmerman's description of the dangers we endured to get to this point. *See Zimmerman Declaration, supra.*

14.     I respectfully submit that it was through the work of all of the class counsel that we achieved a significant recovery for the Settlement Class.

Executed this 15th day of August 2022 in Oakland, California.

I declare under penalty of perjury that the foregoing is true.

# EXHIBIT A.

# MITCHELL CHYETTE

mitch@chyettelaw.com
510.388.3748

*Dedicated to seeking justice for
low and moderate-income individuals and families.*

## Legal Background:

➢ I represent individuals and businesses in all aspects of general commercial litigation in both state and federal courts. I have handled many trials and appeals.

➢ My cases have involved a broad range of issues including insurance coverage, intellectual property, contracts, real property, consumer class actions, interest rate regulations, civil rights, estate disputes, bankruptcy, business torts, personal injury, and Constitutional law.

➢ I have been the mediator in dozens of cases.

## Employment History:

| | |
|---|---|
| Law Office of Mitchell Chyette | 2017– |
| | 2009–2012 |
| McGrane PC | 2012–2017 |
| Leland, Parachini, Steinberg, Matzger & Melnick, LLP | 2002–2009 |
| Lasky, Haas Cohler & Munter; Dykema, Gosset, and other previous positions | 1979-2002 |

## Education:

➢ J.D., University of Michigan Law School (*cum laude*)

  Selected as Judicial Clerk for Judge Talbot Smith on the Eighth Circuit Court of Appeals

  Administrative Editor of the University of Michigan Journal of Law Reform

➢ B.A. in economics from the University of Michigan Honors College (with distinction)

  Co-captain of the U. of M. Debate Team

## _Memberships_:

     National Council of Consumer Attorneys

     Bay Area Legal Incubator

     Council of Parent Attorneys and Advocates

     California Association for Parent/Child Advocacy

     California Lawyers Association

     American Bar Association

     Alameda County Bar Association

## _Publications and Classes_:

     MCLE presentation on Discovery issues, BALI (Nov. 2018)

     McGrane & Chyette, _Chasing Cases_, Plaintiff Magazine (Jan. 2018)

     McGrane, _Does the California Unfair Competition Law Forbid Lenders from Charging California Borrowers Banker's Interest Based on a 360-Day Year?_ The Banking Law Journal (2015) 298 (research)

     McGrane, _At What Price a Big Law Partnership?_ New York Law Journal (2014) (research)

     McGrane, _Bankruptcy Pitfalls of Big Law LLPs for Big Law Firms and Suggested Alternative(s)_, The LCC & Partnership Reporter (2013) (research)

     A.B.A. Section of Antitrust Law, _Antitrust Law Developments_ (5th ed.) (contributor)

     State Bar of California Antitrust and Unfair Competition Law Section, _California State Antitrust and Unfair Competition Law_ (Matthew Bender & Co.) (contributor)

     The Recorder, _Viewpoint: Are Prop 8 Forces Claiming a Trademark?_

     Chyette, _The Right to Counsel in Police Interrogation Cases: Miranda and Williams_, 12 U. of M. Journal of Law Reform 112 (1978)

## _Social Purpose and Volunteer Work_:

➢ In addition to client work, I endeavor to improve the local and legal community.

     Bay Area Legal Incubator program (dedicated to developing practices to serve low and moderate means individuals)

     Curriculum developer, ConsumerBankruptcyCounsellingProtection.com, a Tides Foundation project (drafted materials for Chapter 13 pre-filing and post-filing certificates)

Director, Alameda County Bar Association Board of Directors

Chair, ACBA Committees on Trial Practice and Alternative Dispute Resolution

Director, Board of Directors, Sterne School, San Francisco, California (a Middle school specializing in children with learning differences)

President and Chairman, Aurora School, Oakland, California (oversaw the implementation of institutional and educational strategies for children with learning differences in this developmental K–5 school in Oakland)

# EXHIBIT B.

Law Office of Mitchell Chyette

for 2021LOMC082 - Desiree Schmitt &amp; James Furth - Consumer Protection - All - SN Servicing Corp.

Time

Time and Fee entries

| Date | Description | Duration | Rate | Total |
|---|---|---|---|---|
| 8/15/2022 | -revise declaration and spreadsheet (0.5 hrs) | 0.5 | 400.00 | 200.00 |
| 8/12/2022 | -email sent/reviewed from TZ (0.1 hrs) | 0.1 | 400.00 | 40.00 |
| 8/11/2022 | -Prepare/revise description of work (0.3 hrs) | 0.3 | 400.00 | 120.00 |
| 8/10/2022 | -Draft declaration for attorney's fees (2.1 hrs) | 2.1 | 400.00 | 840.00 |
| 8/5/2022 | - 2 emails sent/reviewed (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 8/3/2022 | - 1 email sent/reviewed (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 8/2/2022 | - 1 email sent/reviewed (0.40 hrs) | 0.4 | 400.00 | 160.00 |
| 8/1/2022 | Review/edit motion for attorneys' fees | 0.8 | 400.00 | 320.00 |
| 8/1/2022 | -Email attachment reviewed - Fee Petition - 7.31.22 (0.70 hrs) | 1.9 | 400.00 | 760.00 |
| | -2022-08-01 MPA iso Motion for Attorneys' Fees created, then edited (0.80 hrs) | | | |
| | -Settlement Agreement and Release with Exhs - signed by plaintiff reviewed (0.10 hrs) | | | |
| | - Motion for Preliminary Approval - filed 6-17-22 reviewed (0.10 hrs) | | | |
| | - 4 emails sent/reviewed (0.20 hrs) | | | |
| 7/19/2022 | - 3 emails sent/reviewed (0.30 hrs) | 0.3 | 400.00 | 120.00 |
| 7/13/2022 | - 1 email sent/reviewed (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/11/2022 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Order on Motion for Miscellaneous Relief (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Notice (Other) (0.10 hrs) | | | |
| | - 3 emails sent/reviewed regarding [External] SN Servicing data breach (0.10 hrs) | | | |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 7/7/2022 | - 1 email sent/reviewed regarding Schmitt v. SN Servicing (0.10 hrs - Non-Billable) <br> - 4 emails sent/reviewed regarding [External] SN Servicing data breach (0.20 hrs - Non-Billable) | 0.3 | 400.00 | 120.00 |
| 6/24/2022 | - 1 email sent/reviewed regarding Schmitt v. SN Servicing - Joint CMC statement (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 6/23/2022 | - 2 emails sent/reviewed regarding SN Servicing data breach - CAFA Notice (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 6/22/2022 | - 1 email sent/reviewed regarding SN Servicing data breach - CAFA Notice (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 6/21/2022 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| 6/20/2022 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Motion for Miscellaneous Relief (0.10 hrs) <br> - 2 emails sent/reviewed regarding SN Servicing data breach (0.10 hrs) <br> - 1 email sent/reviewed regarding [External] SN Servicing data breach (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 6/15/2022 | - 2022-06-15 Fees/Expenses created, then edited (0.30 hrs) <br> - 2022-06-15 FeesExpenses created (0.10 hrs) <br> - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.5 | 400.00 | 200.00 |
| 6/14/2022 | - SN Servicing Settlement Timeline - 6.14.22 created (0.10 hrs) <br> - Motion for Preliminary Approval - 6.14.22-V2 (MC Sig) created (0.10 hrs) <br> - 9 emails sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.80 hrs) | 1.0 | 400.00 | 400.00 |
| 6/8/2022 | - 4 emails sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.40 hrs) | 0.4 | 400.00 | 160.00 |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 6/7/2022 - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp., S.F. Superior Court No. CGC-21-590105 (0.10 hrs)<br>- 1 email sent/reviewed regarding Completed: Please DocuSign: Settlement Agreement and Release - SN Servicing (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 6/1/2022 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 5/24/2022 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Notice of Change of Address (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 5/10/2022 - Case Management Conference attended (0.50 hrs) | 0.5 | 400.00 | 200.00 |
| 5/6/2022 - 3 emails sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.20 hrs) | 0.2 | 400.00 | 80.00 |
| 5/5/2022 - 1 email sent/reviewed regarding [External] RE: AG Proposal: Confidential Data Breach Settlement (0.10 hrs)<br>- 2 emails sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 5/3/2022 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Joint Case Management Statement (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 5/2/2022 - 1 email sent/reviewed regarding [External] RE: AG Proposal: Confidential Data Breach Settlement (0.10 hrs)<br>- 1 email sent/reviewed regarding Automatic reply: Schmidt v. SN Servicing - Draft Joint Case Management Statement and Proposed Order (0.20 hrs)<br>- 4 emails sent/reviewed regarding Schmidt v. SN Servicing - Draft Joint Case Management Statement and Proposed Order (0.20 hrs) | 0.5 | 400.00 | 200.00 |
| 4/28/2022 - 2 emails sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs)<br>- 1 email sent/reviewed regarding AG Proposal: Confidential Data Breach Settlement (0.10 hrs) | 0.2 | | 80.00 |

| | | |
|---|---|---|
| 4/25/2022 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.1 | 40.00 |
| 4/24/2022 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.1 | 40.00 |
| 4/20/2022 - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.1 | 40.00 |
| 4/4/2022 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.1 | 40.00 |
| 3/25/2022 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Draft Settlement Agreement (0.10 hrs) | 0.1 | 40.00 |
| 3/15/2022 - CAND-ECF-Filer Query created (0.10 hrs) - 1 email sent/reviewed regarding Schmitt v. SN Servicing Term Sheet (0.10 hrs) - 1 email sent/reviewed regarding Document shared with you: Schmitt Desiree 06755 2022 03 15 DRAFT Joint Status Report.docx" (0.10 hrs)" | 0.3 | 120.00 |
| 2/28/2022 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.20 hrs) | 0.2 | 80.00 |
| 2/25/2022 - 2 emails sent/reviewed regarding Schmitt v. SN Servicing Term Sheet (0.10 hrs) - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Notice (Other) (0.10 hrs) | 0.2 | 80.00 |
| 2/18/2022 Prepare for and attend mediation | 6.9 | 2,760.00 |
| 2/17/2022 - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) - 3 emails sent/reviewed regarding Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.10 hrs) - 1 email sent/reviewed regarding Forensic Report (0.10 hrs) - 1 email sent/reviewed regarding Virtual Login: 2/17/2022: Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.10 hrs) - 2 emails sent/reviewed regarding Rocketcyber (0.20 hrs) - 1 email sent/reviewed regarding Incentive payments (0.10 hrs) | 0.7 | 280.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/16/2022 | SN Data Breach - Plaintiff Mediation Memo - 2.10.22 reviewed (0.10 hrs)<br>- 1 email sent/reviewed regarding Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.10 hrs)<br>- 2 emails sent/reviewed regarding What are the logistics for the call with the mediator? (0.10 hrs)<br>- 1 email sent/reviewed regarding SN Servicing (0.10 hrs)<br>- Phone conference with mediator attended (0.30 hrs) | 0.7 | 400.00 | 280.00 |
| 2/15/2022 | - 1 email sent/reviewed regarding Virtual Login: 2/17/2022: Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 2/14/2022 | - 6 emails sent/reviewed regarding Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.30 hrs) | 0.3 | 400.00 | 120.00 |
| 2/10/2022 | - 1 email sent/reviewed regarding Desiree Schmitt, et al. vs. SN Servicing Corporation (A286133) (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 2/9/2022 | - 2022-02-09 Plaintiff's Mediation Statement -MC created, then edited (0.90 hrs)<br>- 3 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs)<br>-Matter admin (0.10 hrs) | 1.1 | 400.00 | 440.00 |
| 2/4/2022 | - 1 email sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 2/3/2022 | - 2 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 2/2/2022 | - 3 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 1/17/2022 | - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.20 hrs) | 0.2 | 400.00 | 80.00 |
| 1/4/2022 | - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs)<br>- 2 emails sent/reviewed regarding Regarding Desiree Schmitt, et al. vs. SN Servicing Corporation S286133 (0.10 hrs) | 0.2 | 400.00 | 80.00 |

| Date / Description | | | |
|---|---|---|---|
| 1/3/2022 - 2 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation - Proposed Mediators (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 12/29/2021 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Corporation - Proposed Mediators (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 12/28/2021 - 3 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation - Proposed Mediators (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 12/6/2021 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Order on Stipulation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 12/5/2021 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Stipulation (0.20 hrs) | 0.2 | 400.00 | 80.00 |
| 12/3/2021 - 3 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 12/1/2021 - 1 email sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 11/24/2021 - 2 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.30 hrs) | 0.3 | 400.00 | 120.00 |
| 11/23/2021 - 2021-11-23 Second Amended Complaint created (0.10 hrs) - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Amended Complaint (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 11/20/2021 - 1 email sent/reviewed regarding New filing in Schmitt et al v. SN Servicing Corporation, An Alaska Corporation: ORDER GRANTING IN PART AND DENYING IN PART [35] MOTION TO DISMISS by Judge William H. Orrick. (06754 - Schmitt) (0.40 hrs) | 0.4 | 400.00 | 160.00 |

| | | | |
|---|---|---|---|
| 11/19/2021 - 2021-11-12 Order Granting in Part and Denying in Part Motion to Dismiss reviewed (0.20 hrs) | 0.5 | 400.00 | 200.00 |
| - Email attachment reviewed - 2021 11 16 SN Servicing Data Breach FAC -- SAC redlines-ZIM (0.10 hrs) | | | |
| - 2 emails sent/reviewed regarding New filing in Schmitt et al v. SN Servicing Corporation, An Alaska Corporation: ORDER GRANTING IN PART AND DENYING IN PART [35] MOTION TO DISMISS by Judge William H. Orrick. (06754 - Schmitt) (0.20 hrs) | | | |
| 11/16/2021 - 1 email sent/reviewed regarding New filing in Schmitt et al v. SN Servicing Corporation, An Alaska Corporation: ORDER GRANTING IN PART AND DENYING IN PART [35] MOTION TO DISMISS by Judge William H. Orrick. (06754 - Schmitt) (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 11/12/2021 - 2021-11-12 Order Granting in Part and Denying in Part Motion to Dismiss created (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 11/4/2021 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Motion Hearing (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 11/3/2021 - 2021-08-30 First Amended Complaint reviewed (0.10 hrs) | 0.9 | 400.00 | 360.00 |
| - 2021-09-27 Opposition to Motion to Dismiss  reviewed (0.20 hrs) | | | |
| - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs) | | | |
| - Hearing on Motion to Dismiss attended (0.50 hrs) | | | |
| 11/2/2021 - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| - 2 emails sent/reviewed regarding Schmidt v. SN Servicing 3:21-cv-03355 WHO (0.10 hrs) | | | |
| 10/7/2021 - 1 email sent/reviewed regarding Schmidt v. SN Servicing (0.20 hrs) | 0.2 | 400.00 | 80.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/4/2021 | 2021-10-04 Reply iso Motion to Dismiss created, then reviewed (0.10 hrs) - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Reply to Opposition/Response (0.20 hrs) | 0.3 | 400.00 | 120.00 |
| 10/4/2021 | Matter admin (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 9/27/2021 | Finalize opposition brief and file | 0.5 | 400.00 | 200.00 |
| 9/26/2021 | Review draft of brief in opposition to motion to dismiss, return to TZ for further Review | 2.2 | 400.00 | 880.00 |
| 9/23/2021 | 2 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation - Rule 68 Offer (0.20 hrs) - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| 9/14/2021 | 3 emails sent/reviewed regarding Immaculate Data Breach (0.50 hrs) | 0.5 | 400.00 | 200.00 |
| 9/13/2021 | 1 email sent/reviewed regarding Schmidt v. SN Servicing - Draft Joint Case Management Statement and Proposed Order (0.10 hrs) - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) - 2 emails sent/reviewed regarding Schmidt (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| 8/30/2021 | 2021-08-30 First Amended Complaint created, then reviewed (0.50 hrs) - 2021-08-26 FAC - mc edit reviewed (0.10 hrs) - First Amended Complaint - Exhibits created, then edited and reviewed (0.10 hrs) - 2021-08-30 First Amended Complaint  edited (0.10 hrs) - 4 emails sent/reviewed regarding SNSC Data Breach (0.40 hrs) - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.50 hrs) | 1.7 | 400.00 | 680.00 |
| 8/27/2021 | 1 email sent/reviewed regarding SNSC Data Breach (0.10 hrs) | 0.1 | 400.00 | 40.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/26/2021 | - 2021-08-26 FAC - mc edit created, then edited (2.00 hrs) | 2.1 | 400.00 | 840.00 |
| 8/25/2021 | - 1 email sent/reviewed regarding SNSC Data Breach (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Case Management Conference - Further (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.20 hrs) | 0.3 | 400.00 | 120.00 |
| 8/18/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Case Management Conference - Further (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 8/17/2021 | - Plaintiff's Case Management Statement and [Proposed] Order reviewed (0.30 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.20 hrs)<br>- Status conference attended (0.50 hrs) | 1.0 | 400.00 | 400.00 |
| 8/16/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 8/11/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation Case Management Statement (0.30 hrs) | 0.3 | 400.00 | 120.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/10/2021 | - Joint Case Management Statement and Proposed Order - pltf final created (0.10 hrs)<br>- Plaintiff's Case Management Statement and Proposed Order created (0.10 hrs)<br>- Email attachment reviewed - Joint Case Management Statement and Proposed Order - pltf final (0.10 hrs)<br>- Plaintiff's Case Management Statement and [Proposed] Order created, then reviewed (0.20 hrs)<br>- 2021-06-01 Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss reviewed (0.10 hrs)<br>- Exhibits A-C to Joint CMC 8-10-2021 reviewed (0.10 hrs)<br>- 2 emails sent/reviewed regarding Out of Office RE: Schmidt v. SN Servicing - Draft Joint Case Management Statement and Proposed Order (0.50 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Notice of Appearance (0.20 hrs)<br>- 5 emails sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Case Management Statement (0.40 hrs)<br>- 7 emails sent/reviewed regarding Schmidt v. SN Servicing - Draft Joint Case Management Statement and Proposed Order (0.50 hrs) | 2.3 | 400.00 | 920.00 |
| 8/5/2021 | - 1 email sent/reviewed regarding Stipulation to Continue Case Management Conference.DOCX (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/27/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation ADR Certification (ADR L.R. 3-5 b)of discussion of ADR options (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/22/2021 | - 4 emails sent/reviewed regarding Schmitt v. SN Servicing Corporation (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/15/2021 | - Conference phone call with defense counsel | 0.2 | 400.00 | 80.00 |
| 7/14/2021 | - 1 email sent/reviewed regarding Schmidt v. SN Servicing (0.10 hrs) | 0.1 | 400.00 | 40.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/31/2021 | Review and revise draft opposition to motion to dismiss | 2.3 | 400.00 | 920.00 |
| 6/1/2021 | - 2021-06-01 Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss created (0.10 hrs)<br>- 3 emails sent/reviewed regarding Schmitt v. SN Servicing (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Opposition/Response to Motion (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| 6/23/2021 | - 2021-06-23 Defendant SN Servicing Corp.'s Reply ISO Motion to Dismiss created, then reviewed (0.20 hrs) | 0.2 | 400.00 | 80.00 |
| 7/5/2021 | - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/6/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.40 hrs) | 0.4 | 400.00 | 160.00 |
| 7/7/2021 | - 2021-07-07 Notes of Hearing on Motion to Dismiss created, then edited (0.30 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.30 hrs)<br>- 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs)<br>- Hearing on Motion to Dismiss attended (0.50 hrs) | 1.2 | 400.00 | 480.00 |
| 7/8/2021 | - 3 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 7/9/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Motion Hearing (0.10 hrs) | 0.1 | 400.00 | 40.00 |

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 5/27/2021 | - 2021-05-13 ct Case Management Conference Order created (0.10 hrs)<br>- 2021-05-24 ct Stipulation and Order Extending the Briefing Schedule created (0.10 hrs)<br>- 2021-05-21 Stipulation and Proposed Order Extending Time created (0.10 hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Stipulation (0.30 hrs) | 0.6 | 400.00 | 240.00 |
| 5/24/2021 | - 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Stipulation (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.10 hrs)<br>- 1 email sent/reviewed regarding SN Servicing stipulation on briefing (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Stipulation and Order (0.10 hrs) | 0.4 | 400.00 | 160.00 |
| 5/21/2021 | - 2021-05-20 Stipulation and Proposed Order Extending Briefing Schedule edited (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 5/20/2021 | - 2021-05-20 Stipulation and Proposed Order Extending Briefing Schedule created, then edited and reviewed (0.30 hrs)<br>- 1 email sent/reviewed regarding ACBA Lawyer Referral Service (0.50 hrs)<br>- 7 emails sent/reviewed regarding SN Servicing stipulation on briefing (0.50 hrs)<br>- 6 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.20 hrs)<br>- Matter admin (0.10 hrs) | 1.6 | 400.00 | 640.00 |
| 5/19/2021 | - 2021-05-17 Stipulation and Proposed Order Extending Time reviewed (0.10 hrs)<br>- 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.2 | 400.00 | 80.00 |

| | | |
|---|---|---|
| 5/17/2021 - 2021-05-17 Proposed Order created, then edited and reviewed (0.30 hrs)<br>- 2021-05-17 Stipulation and Proposed Order Extending Time created, then edited (1.50 hrs)<br>- 5 emails sent/reviewed regarding Schmidt v. SN Servicing (0.50 hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 3:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation (0.80 hrs)<br>- Matter admin (0.10 hrs) | 3.2 | 400.00 | 1,280.00 |
| 5/13/2021 - 1 email sent/reviewed regarding Activity in Case 4:21-cv-03355-WHO Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Order Reassigning Case (0.20 hrs)<br>- 4 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.20 hrs) | 0.4 | 400.00 | 160.00 |
| 5/10/2021 - 1 email sent/reviewed regarding Activity in Case 4:21-cv-03355-KAW Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Certificate of Service (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 5/7/2021 - 2021-05-06 ct Order Setting Initial Case Management Conference and ADR Deadlines reviewed (0.10 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 4:21-cv-03355-KAW Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Motion for Pro Hac Vice (0.10 hrs)<br>- 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.30 hrs)<br>- 1 email sent/reviewed regarding Activity in Case 4:21-cv-03355-KAW Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Order on Motion for Pro Hac Vice (0.30 hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 4:21-cv-03355-KAW Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Notice of Appearance (0.20 hrs) | 1.0 | 400.00 | 400.00 |

| | | | |
|---|---|---|---|
| 5/6/2021 - 2021-05-05 sn Defendant SN Servicing Corporation's Certificate of Interested Parties created (0.10 hrs)<br>- 2021-05-06 ct Order Setting Initial Case Management Conference and ADR Deadlines created (0.10 hrs)<br>- 2021-05-05 sn Defendant SN Servicing Corporation's Corporate Disclosure Statement created (0.10 hrs)<br>- 2021-05-05 sn Certificate of Service created (0.10 hrs)<br>- 1-2 created (0.10 hrs)<br>- 2 emails sent/reviewed regarding Activity in Case 4:21-cv-03355-KAW Schmitt et al v. SN Servicing Corporation, an Alaska Corporation Initial Case Management Scheduling Order with ADR Deadlines (0.30 hrs) | 0.8 | 400.00 | 320.00 |
| 4/30/2021 - 3 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.40 hrs) | 0.4 | 400.00 | 160.00 |
| 4/29/2021 - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 4/27/2021 -Submit pro hac vice applications to the State Bar | 0.5 | 400.00 | 200.00 |
| 4/26/2021 - 2021-04-16 Application of Marc E. Dann for Permission to Appear Pro Hac Vice reviewed (0.10 hrs)<br>- 3 emails sent/reviewed regarding Pro hac vice application (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 4/23/2021 -Attempted to file PHV orders with the State Bar; sent email requesting guidance; responded to email from JEZ about filing appearances | 0.5 | 400.00 | 200.00 |
| 4/22/2021 - 2021-04-22 Order Granting Appearance Pro Hac Vice (Dann) created (0.10 hrs)<br>- 2021-04-22 Order Granting Appearance Pro Hac Vice (TAZ) created (0.10 hrs)<br>- 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.20 hrs) | 0.4 | 400.00 | 160.00 |

4/21/2021 - Email attachment reviewed -
CourtCallConfirmation_11183464_20210419143819_CONF (0.10 hrs)
- 2021-04-09 Proposed Order (re PHV) reviewed (0.10 hrs)
- 2021-04-21 Proposed Order (re PHV for TA2) created, then edited (0.10 hrs)
- 2021-04-21 Proposed Order (re PHV for Marc Dann) created, then edited (0.10 hrs)
- Email attachment reviewed -
CourtCallConfirmation_11183447_20210419143333_CONF (0.20 hrs)
- 1 email sent/reviewed regarding Ex Parte Application (0.10 hrs)
- 1 email sent/reviewed regarding COVID-19 RESPONSE (0.10 hrs)
- 1 email sent/reviewed regarding CourtCall Appearance ID 11183464 CONFIRMED (0.10 hrs)
- 1 email sent/reviewed regarding CourtCall Appearance ID 11183447 SERVICE COPY (0.10 hrs)
- 1 email sent/reviewed regarding CourtCall Appearance ID 11183447 CONFIRMED (0.10 hrs)
- 2 emails sent/reviewed regarding Schmitt v SN Servicing Corp. CGC21-590105 (0.20 hrs)
- 11 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.90 hrs)
- Ex Parte Application PHV attended (0.50 hrs)    2.7    400.00    1,080.00

4/20/2021 - 2021-04-16 Ex Parte Application for Permission to Appear Pro Hac Vice created (0.10 hrs)
- 2021-04-16 Application of Thomas A. Zimmerman, Jr. for Permission to Appear Pro Hac Vice created (0.10 hrs)
- 2021-04-16 Application of Marc E. Dann for Permission to Appear Pro Hac Vice created (0.10 hrs)    0.4    400.00    160.00

4/19/2021 - 3 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs)
Respond to questions about appear for PHV hearing; check court file for file-endorsed copies    0.5    400.00    200.00

| Date | Description | | | |
|---|---|---|---|---|
| 4/18/2021 | - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.20 hrs) | 0.2 | 400.00 | 80.00 |
| 4/17/2021 | - Email attachment reviewed - Chyette-SFSC-SN Servicing Corporation-signedPOS (0.10 hrs) | 0.2 | 400.00 | 80.00 |
| 4/16/2021 | File ex parte application and applications to appear pro hac vice<br>- 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs) | 0.4 | 400.00 | 160.00 |
| 4/15/2021 | - 3 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.30 hrs) | 0.3 | 400.00 | 120.00 |
| 4/14/2021 | - 2021-04-14 Ex Parte Application for Permission to Appear Pro Hac Vice created (0.10 hrs)<br>- 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. S.F. Superior Court No. CGC-21-590105 (0.10 hrs)<br>- Matter admin (0.10 hrs) | 0.3 | 400.00 | 120.00 |
| 4/12/2021 | - 3 emails sent/reviewed regarding Schmitt, et al. v. SN Servicing Corp (0.30 hrs) | 0.3 | 400.00 | 120.00 |
| 4/9/2021 | - 2021-04-07 Ex Parte Application for Permission to Appear Pro Hac Vice edited (0.10 hrs)<br>- 2021-04-09 Proposed Order (re PHV) created, then reviewed (0.20 hrs)<br>- 2021-04-07 Ex Parte Application for Permission to Appear Pro Hac Vice reviewed (0.10 hrs)<br>- 1 email sent/reviewed regarding eFiling rejected for DESIREE SCHMITT ET AL VS. SN SERVICING CORPORATION, AN ALASKA CORPORATION (0.20 hrs) | 0.6 | 400.00 | 240.00 |
| 4/8/2021 | -Finalize and file the application for pro hac vice; research on submission to the State Bar | 1.0 | 400.00 | 400.00 |
| 4/7/2021 | -draft application for permission to appear pro hac vice, respond to emails, contact the State Bar of California re: procedure to file applications | 1.4 | 400.00 | 560.00 |
| 4/5/2021 | - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.20 hrs)<br>- Matter admin (0.10 hrs) | 0.3 | 400.00 | 120.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 4/2/2021 | -Revise Marc Dann declaration; research electronic signatures; send updated declaration back to Marc for signature | 0.4 | 400.00 | 160.00 |
| 4/1/2021 | - 2021-04-01 Application of Marc E. Dann for Permission to Appear Pro Hac Vice created, then edited (0.70 hrs)<br>- 2021-03-31 Application for Permission to Appear Pro Hac Vice reviewed (0.10 hrs)<br>- 5 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.20 hrs)<br>-Matter admin (0.10 hrs) | 1.1 | 400.00 | 440.00 |
| 3/31/2021 | - ADR Packet Final Oct 2018 created (0.10 hrs)<br>- Judicial Mediation Flyer v.01.2021 created (0.10 hrs)<br>- Stip to ADR.10.2018_0 created (0.10 hrs)<br>- Email attachment reviewed - Zimmerman PHV Application (0.10 hrs)<br>- 2021-03-31 Application for Permission to Appear Pro Hac Vice created, then edited (1.00 hrs)<br>- 1 email sent/reviewed regarding FSchmitt & Furth v. SN Servicing Corp. (0.20 hrs)<br>- 8 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.20 hrs)<br>- Matter admin (0.10 hrs) | 1.9 | 400.00 | 760.00 |
| 3/30/2021 | - 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 3/23/2021 | - 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing (0.20 hrs)<br>- 1 email sent/reviewed regarding FSchmitt & Furth v. SN Servicing Corp. (0.10 hrs) | 0.3 | 400.00 | 120.00 |

| Date | Description | Hrs | Rate | Amount |
|---|---|---|---|---|
| 3/22/2021 | - 2021-03-12 Cover Sheet edited (0.10 hrs)<br>- Summons created (0.10 hrs)<br>- 16001119 reviewed (0.10 hrs)<br>- Complaint edited and reviewed (0.10 hrs)<br>- 2 emails sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.20 hrs)<br>- 5 emails sent/reviewed regarding FSchmitt & Furth v. SN Servicing Corp. (0.60 hrs) | 1.2 | 400.00 | 480.00 |
| 3/19/2021 | - 16001119 created (0.10 hrs)<br>- 1 email sent/reviewed regarding Documents filed Desiree Schmitt and James Furth, individually and vs. SN Servicing Corporation (0.20 hrs)<br>- 1 email sent/reviewed regarding Desiree Schmitt and James Furth, individually and vs. SN Servicing Corporation (0.10 hrs)<br>- 1 email sent/reviewed regarding Schmitt & Furth v. SN Servicing Corp. (0.10 hrs)<br>- 2 emails sent/reviewed regarding Desiree Schmitt and James Furth, individually and vs. SN Servicing Corporation (0.30 hrs) | 0.8 | 400.00 | 320.00 |
| 3/17/2021 | - 1 email sent/reviewed regarding We've received your message — Case Number: 01185439 (0.10 hrs) | 0.1 | 400.00 | 40.00 |
| 3/12/2021 | - 2021-03-12 Cover Sheet created (0.10 hrs)<br>- 2021-03-12 Summons created (0.10 hrs)<br>- 2021-03-10 Schmidt SN Data Breach 2021 03 10 Complaint-FINAL - TO BE FILED (1) edited and reviewed (0.50 hrs)<br>- 1 email sent/reviewed regarding Filing order placed Desiree Schmitt and James Furth, individually and vs. SN Servicing Corporation (0.30 hrs)<br>- 1 email sent/reviewed regarding Your new File & ServeXpress Password (0.20 hrs) | 1.2 | 400.00 | 480.00 |
| 3/10/2021 | - 2021-03-10 Schmidt SN Data Breach 2021 03 10 Complaint-FINAL - TO BE FILED (1) created (0.40 hrs) | 0.4 | 400.00 | 160.00 |

2/25/2021 - 2021-02-22 Complaint reviewed (0.10 hrs)  0.3  120.00
- Matter admin (0.10 hrs)  400.00
- Desiree Schnitt & James Furth - Consumer Protection - All - SN Servicing Corp. - San Francisco (0.10 hrs)

Total - Billable  72.1  28,840.00

**Expense entries**

| Date | Price |
| --- | --- |
| 3/19/2021 S.F. Superior Court filing fee | $1,687.50 |