UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DESIREE SCHMITT, et al., | Case No. 21-cv-03355-WHO |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| SN SERVICING CORPORATION, AN ALASKA CORPORATION, | |
| Defendant. | |

Judgment is hereby entered in accordance with the court's December 9, 2022, Final Approval Order.

**IT IS SO ORDERED.**

Dated: December 10, 2022



William H. Orrick
United States District Judge