UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE SCHMITT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SN SERVICING CORPORATION, AN ALASKA CORPORATION,<br><br>        Defendant. | Case No. 21-cv-03355-WHO<br><br>**ORDER REQUIRING POST-DISTRIBUTION ACCOUNTING OR STATUS REPORT** |

Under the Northern District of California's Procedural Guidance for Class Action Settlements, and as ordered in the Final Approval Order (Dkt. No. 64), class counsel are required to file a Post-Distribution Accounting report.  The Guidance requires counsel to file the report (and post a copy to the settlement website, if any) within 21 days after the settlement checks become stale or, if no checks are issued, all funds have been paid to class members, cy pres beneficiaries, and others pursuant to the settlement agreement.

*See* https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

No Post-Distribution Accounting report has been filed in this case.  Class counsel are ORDERED to file the required Post-Distribution Accounting report within 14 days of the date of this Order.  If the timeframe for submitting the required Post-Distribution Accounting report has not expired (*e.g*., settlement checks are not yet stale, approved payments remain to be made), class counsel shall instead file a Status Report informing the Court when it can expect the Post-Distribution Accounting to be filed.

**IT IS SO ORDERED.**

Dated: June 14, 2023

William H. Orrick
United States District Judge