UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE SCHMITT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SN SERVICING CORPORATION, AN ALASKA CORPORATION | Case No. 21-cv-03355-WHO<br><br>**POST DISTRIBUTION STATUS REPORT** |

Pursuant to the Order Requiring Post-Distribution Accounting or Status Report filed on June 14, 2023, Angeion Group, LLC submits the following Post Distribution Status Report:

| SETTLEMENT DETAILS | |
|---|---|
| Total Settlement Fund | $900,000.00 |
| Total Number of Class Members[1] | 170,300 |

| NOTICE DETAILS | |
|---|---|
| Methods of Notice | Mail Notice and Email Notice |
| Total Number of Mail Notices Sent | 141,783 |
| Total Number of Mail Notices Sent & Not Returned as Undeliverable[2] | 136,999 |
| Total Number of Email Notices Sent | 33,297 |
| Total Number of Email Notices Sent & Not Returned as Undeliverable | 28,517 |

| CLAIM FORM SUBMISSIONS, EXCLUSIONS AND OBJECTIONS | |
|---|---|
| Total Number of Claim Forms Submitted | 104,417 |
| Percentage of Claim Forms Submitted[3] | 61.31% |
| Total Number of Opt-Outs Submitted | 1 |
| Percentage of Opt-Outs Submitted | 0.0006% |
| Total Number of Objections Submitted | 0 |
| Percentage of Objections Submitted | 0% |

| SETTLEMENT PAYMENT DETAILS | |
|---|---|
| Method(s) of Payment to Class Members | Physical Check and Digital Payment |
| Total Number of Payments Issued to Class Members | 2,997 |
| Total Amount Distributed to Class Members | $439,551.99 |
| Total Number of Payments Issued to Class Members and Not Cashed | 292 |
| Total Value of Payments Not Cashed | $47,962.89 |
| Average Recovery Per Claimant | $146.66 |
| Median Recovery Per Claimant | $79.67 |
| Smallest Payment Amount | $79.67 |
| Largest Payment Amount | $239.02 |

---

[1] Represents the approximate number of all Persons whose Personal Information was accessed by unknown third parties during the Security Incident..

[2] Includes Notices that were re-mailed/forwarded and not returned as undeliverable a second time.

[3] All percentages in this section are based on the approximate Class Member total of 170,300.

| | |
|---|---|
| Total Administration Costs | $223,117.16 |
| Total Attorneys' Fees and Costs | $232,317.81 |
| Percentage of Attorneys' Fees and Costs of the Settlement Fund | 25.81% |

Checks are scheduled to go stale on October 18, 2023. Angeion Group, LLC will submit the Post-Distribution Accounting promptly after the stale date has passed.

Dated:  June 28, 2023                                          Respectfully submitted,

                                                                                Angeion Group, LLC

                                                                                */s/ Jenny Shawver*
                                                                                JENNY SHAWVER